## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| 1199SEIU UNITED HEALTHCARE WORKERS EAST,<br><br>    Plaintiff,<br><br>v.<br><br>LOUIS DEJOY, Postmaster General and Chief Executive Officer of the United States Postal Service; and the UNITED STATES POSTAL SERVICE,<br><br>    Defendants. | No. 1:20-cv-24069-RNS<br><br>Honorable Robert N. Scola Jr. |

### [PROPOSED] ORDER

This matter coming on Plaintiff 1199SEIU United Healthcare Workers East's Emergency Motion for Preliminary Injunction, and the Court being advised of the premises for the motion, it is hereby ORDERED AND ADJUDGED that the said motion is **GRANTED.** Defendants shall take the following actions in the state of Florida:

1. By October 23, 2020, Defendant USPS shall arrange with each Florida county election supervisor within the jurisdiction of a Florida local Post Office how ballots will be transferred to the custody of the election supervisor in the remaining days leading up to and including Election Day. Such arrangements will include specifying whether ballots will be available for pickup by the election supervisors at particular time(s) and location(s) and/or whether ballots will be delivered to the election supervisor at particular time(s) and location(s). Pursuant to these arrangements, USPS must make ballots available for county election supervisors to do a final pick-up of ballots in the late afternoon or early evening on Election Day, November 3, 2020, such that ballots are in the custody of the county election supervisor by the 7:00 p.m. deadline prescribed by state law.

2. Defendant USPS shall provide for delivery or pickup of ballots on both Saturday and Sunday during the two weeks preceding Election Day (Oct. 24-25 and Oct. 31-Nov. 1).

3. Defendant USPS shall make normal collections on Saturday, October 31, 2020. Mail collected on that date shall be processed by the Post Office most physically proximate to the destination election office. Processing for such mail shall be completed by no later than Monday, November 2, 2020.

4. Defendant USPS shall ensure that on Monday, November 2, 2020, each Florida Post Office will collect all ballots and, with respect to ballots destined for a county election supervisor within its geographical area, coordinate the delivery to or pickup of such ballots directly to the appropriate election supervisor by the next day, and in no case later than 7:00 p.m. on November 3, 2020. Such ballots will not be processed through a servicing plant but will be routed directly to the appropriate election supervisor.

5. Defendant USPS shall ensure that on Monday, November 2, 2020, each Florida Post Office will identify any ballots destined for counties outside of its geographical area and arrange for their delivery directly to the Post Office that includes the destination county by the next day, November 3, 2020, such that ballots can be picked up by the appropriate election supervisor before the 7:00 p.m. deadline on November 3, 2020. If it would reduce the likelihood of delivery to the destination election office by the November 3, 2020 7:00 p.m. deadline, such ballots should not be processed through a servicing plant and should be transported directly to the appropriate Post Office (including particularly where ballots are destined for counties in the same Postal District or region.)

6. Defendant USPS shall ensure that on November 3, 2020, all servicing plants in Florida will run an early sortation to retrieve any ballots in the mail stream and take all steps possible to ensure that they are transferred to the custody of the proper election supervisor before the 7:00 p.m. deadline.

7. Defendant USPS shall ensure that on November 3, 2020, all Florida Post Offices and servicing plants will coordinate with the election supervisor(s) within their geographical area throughout the day to ensure that all ballots in the mail stream are picked up by election supervisor(s) or otherwise in their custody before the 7:00 p.m. deadline.

8. Defendant USPS shall ensure that USPS employees in Florida involved in processing or delivery of mail will be informed of these protocols, including in a Stand-Up Talk to be delivered no later than one week before Election Day, on October 27, 2020.

9. Defendant USPS will notify Plaintiff and this Court, through counsel, if any provision of this Order cannot or will not be followed, and, in such cases, provide a detailed description of reasons for noncompliance. Such disclosure shall be made no later than 24 hours after the discovery of such present or future noncompliance.

DONE AND ORDERED in Miami, Florida on October __, 2020.

                                            Honorable Robert N. Scola Jr.
                                            United States District Judge