## INDEX OF EXHIBITS

| Exhibit No. | Exhibit Description |
|---|---|
| 1 | United States Postal Service (USPS) FY2019 Annual Report to Congress |
| 2 | Statement of Postmaster General Louis DeJoy (Aug. 18, 2020) |
| 3 | Preliminary Injunction Orders |
| 4 | Clarifying Operational Instructions (Sep. 21, 2020) |
| 5 | Mandatory Stand-Up Talk (Sept. 24, 2020) |
| 6 | Mandatory Stand-Up Talk (Oct. 16, 2020) |
| 7 | Additional Resources for Election Mail Memorandum (Sept. 25, 2020) |
| 8 | Supplemental Guidance Memorandum (Oct. 13, 2020) |
| 9 | Extraordinary Measures Memorandum (Oct. 20, 2020) |
| 10 | USPS OIG Audit Report No. 20-292-R21, "Operational Changes to Mail Delivery" (Oct. 19, 2020) |