# DECLARATIONS

**DECLARANTS**

ROBERT CINTRON (2)
Vice President
Logistics, USPS Headquarters

DR. JOSHUA COLIN
Vice President
Delivery Operations, USPS Headquarters

TIMOTHY COSTELLO
Acting Vice President
Delivery and Retail Operations, USPS Southern Area

ANGELA CURTIS
Vice President
Retail and Post Office Operations, USPS Headquarters

JUSTIN DeCHAMBEAU
Director
Processing Operations, USPS Headquarters

ROBERT GLASS
Manager
Operations Industrial Engineering, USPS Headquarters