UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Mondaire Jones, Alessandra Biaggi, Chris
Burdick, Stephanie Keegan, Seth Rosen,
Shannon Spencer, Kathy Rothschild, Diana
M. Woody, Perry Sainati, Robert Golub,
Mary Winton Green, Marsie Wallach,
Matthew Wallach, Mac Wallach, Carol
Sussman, and Rebecca Rieckhoff,
*individually, and on behalf of all others
similarly situated,*

      Plaintiffs,

v.

United States Postal Service, Louis DeJoy,
as Postmaster General of the United States
Postal Service, and Donald J. Trump, as
President of the United States,

      Defendants.

---

No 20 Civ. 6516 (VM)

---

**DECLARATION OF ROBERT JUSTIN GLASS**

---

I, Robert Justin Glass, under penalty of perjury and in lieu of affidavit as permitted by 28 U.S.C. § 1746, hereby declare as follows:

1. I am currently employed by the United States Postal Service as Manager, Operations Industrial Engineering, at Postal Service Headquarters in Washington, DC. I am currently serving as the Postal Service's Director of Election Season. I have been employed by the Postal Service for 15 years, in which time I have served as an industrial engineer and a Plant Manager, as well as overseeing the Postal Service's participation in the 2020 Census.

2. I am familiar with the above-captioned action. I am familiar with the Postal Service's Election Mail policies and practices, and the Election Mail-related actions the Postal Service has taken to facilitate the 2020 election. This declaration is based on my personal knowledge, as well as information conveyed to me by other knowledgeable Postal Service personnel in the course of my official duties and responsibilities.

**Election Mail**

3. The Postal Service defines "Election Mail" as any item mailed to or from authorized election officials that enables citizens to participate in the voting process. This includes ballots, voter registration forms, ballot applications, polling place notifications, and similar materials. This mail qualifies as Election Mail both when it is sent to voters from election officials at the state and local levels and when it is returned by voters to those officials. This is distinct from "political mail," which is sent by political candidates, political action committees, and similar organizations in order to engage in issue advocacy or to advocate for candidates or other things, such as initiatives, that may appear on a ballot.

4. States have the responsibility and authority to administer elections. Accordingly, state legislatures or state or local officials generally determine how election materials will be made available to voters (e.g., through the mail, in-person, online), when such materials will be sent out, and how such materials will be designed. Where the mail is used, state legislatures, and sometimes election officials themselves, also choose how to design ballot envelopes. A ballot envelope's design includes its shape and size; and also includes the content, format, and layout of elements that appear on the outside of the envelope. For example, ballot envelopes typically contain some combination of the Postal Service's recommended elements (e.g., official Election Mail logo, Intelligent Mail barcode), as well as voter instructions, warnings, an oath, a signature block, and additional signature blocks for witnesses. In addition, the states determine, or leave it up to state or local election officials to decide, which class of mail to use to send mailings to voters (generally either First-Class Mail or Marketing Mail), the cut-off times to enter these mailings into the postal network (meaning the timeframes that election officials set for their own entry of Election Mail directed to voters into the mailstream), deadlines for voters to request ballots and to return completed ballots, and whether to provide any tracking for a specific mailpiece (usually via the Postal Service's Intelligent Mail barcode, or a third-party system). Likewise, the states, or in some cases the state or local election officials themselves, determine whether to prepay return postage for mail-in ballots or other Election Mail that voters must return to election officials, or whether to instead require the voters to pay for postage themselves. Regardless of whether postage is prepaid by the state/locality or affixed by the voter, all Election Mail (including completed ballots) that a voter mails to

3

election officials is First-Class Mail, unless the voter or state pays for one of the Postal Service's premium services like Priority Mail or Priority Mail Express.[1]

5. Every federal election cycle (including primary elections), the Postal Service conducts significant outreach to state and local election officials about how to successfully use our services should they choose to utilize the Postal Service as part of their election process. Through this outreach, we explain our services and our delivery processes; discuss our recommendations and best practices; and provide guidance on how election officials can design and send their mailings in a manner that comports with postal regulations, improves mailpiece visibility, and ensures timely and efficient processing and delivery. These outreach efforts establish points of contact between election officials and Postal Service personnel to foster ongoing coordination, and also provide repeated opportunities for the Postal Service to address questions and discuss our delivery standards, postage-payment options, mailpiece design issues, tracking and mailpiece-visibility services, and other matters regarding Election Mail.

6. Each federal election cycle, the Postal Service mails copies of its official Election Mail kit, a comprehensive guide to official Election Mail, to thousands of election officials nationwide. In 2020, the Postal Service mailed these kits, known as Kit 600, to approximately 11,500 election officials.[2] The Postal Service also conducts numerous outreach meetings with election officials, sends out written communication, and recommends that election officials contact Postal Service

---

[1] Because ballots being sent by voters back to election officials are individual pieces (not sent in bulk), and because ballots contain personal handwritten or typewritten information, they cannot be mailed as Marketing Mail (which has volume minimums and content restrictions).

[2] Kit 600 is also publicly available online at: https://about.usps.com/kits/kit600.pdf.

mailpiece design analysts to review their Election Mail envelope designs. Also, during each election cycle, the Postal Service also assigns talented and experienced personnel to serve in temporary positions as Political and Election Mail Coordinators, who conduct outreach and serve as the primary points of contact for election officials, among other things. Many districts also have members of their staff provide part-time coordinator support, splitting duties between their normal jobs and the coordinator role. In 2020, the Postal Service has 441 Coordinators, 76 Full-Time and 365 Part-time.

7. The Postal Service's outreach efforts have intensified in 2020 with the expected increase in mail-in voting. In May, the Postal Service's General Counsel sent a guidance letter to more than 11,500 election officials and state political parties, reiterating several aspects of the Postal Service's processes and delivery standards and highlighting recommendations that would help ensure a successful election season. That May letter attached a copy of Publication 632, State and Local Election Mail – User's Guide, which provides further guidance to election officials about the Postal Service's recommendations, key considerations, and the services available to them. A copy of the May 2020 letter sent by the Postal Service's General Counsel is attached as Exhibit 1.

8. In July, the General Counsel followed that May letter with a letter to the top election official in each state and the District of Columbia, noting instances where, under the Postal Service's reading of that jurisdiction's election laws, certain state-law deadlines may be in tension with the Postal Service's existing delivery standards and recommendations. That letter repeated the Postal Service's prior recommendation that

voters who choose to use the mail should request their ballots early and should mail in their completed ballots at least one week before the election. These recommendations are consistent with guidance provided by the Postal Service for past elections, including for example the 2016 Presidential Election. Attached as Exhibit 2 is a letter dated September 23, 2016, which I understand was sent to election officials in every state.

9.  This year, the Postal Service has already had approximately 42,000 total touchpoints with election officials to help facilitate the smooth and orderly conduct of the 2020 election and we will continue our outreach efforts through Election Day.

10. This year, the Postal Service expanded its leadership taskforce on Election Mail to enhance our ongoing work. Leaders of our postal unions and management associations have joined this taskforce to ensure strong coordination throughout the Postal Service, with state and local partners, and to make sure any concerns can be raised and resolved at the highest levels of the organization. Because of the unprecedented demands of the 2020 election, this taskforce will help ensure that election officials and voters are well informed and fully supported by the Postal Service. In addition, on August 21, 2020, the Postal Service Board of Governors established a bipartisan Election Mail Committee to actively oversee the Postal Service's processes in support of mail-in voting. The Committee will use its oversight role to reinforce the Postal Service's strong commitment to voting by mail as an important part of the nation's democratic process and will regularly monitor execution of our work on Election Mail to ensure that our part of this election process is implemented in the most effective way possible.

11. One of the most important recommendations that the Postal Service makes to state and local election officials is to use one or more methods to distinguish Election Mail from other mailpieces, which in turn helps the Postal Service identify Election Mail flowing through the postal network so that it can be appropriately treated and expeditiously moved (as discussed further below). A primary method of distinguishing Election Mail is through the use of the Postal Service's official Election Mail logo:



12. Postal Service employees are trained to identify this logo on Election Mail. Similarly, election officials are encouraged to distinguish ballot mailings that they send to voters by affixing (or instructing their third-party vendors to affix) Green Tag 191 (image below) to containers (e.g., trays or sacks) containing ballots.



13. If Green Tag 191 is affixed to a particular tray or sack of mail when the mail is

entered into the postal network, the Postal Service knows that the tray or sack

contains ballots being sent to voters, and ensures that it receives the appropriate

handling and processing based on our longstanding practices and policies.[3] The Postal

Service also recommends that election officials identify mail as Election Mail by

checking a box on the postage statement form that may be used when tendering a

mailing to the Postal Service.[4] These are three of the primary methods election

officials may use to identify Election Mail containing ballots for the Postal Service, if

they choose to identify it; the Postal Service does not require election officials to use

any of these methods. The Postal Service's official Election Mail logo and Green Tag

---

[3] Green Tag 191 can be used only for ballots being sent to voters, and not for any other kind of Election Mail.

[4] A postage statement is a special form produced by the Postal Service that documents the number of pieces in the mailing and the postage price for those pieces.

191 have been in use since the 2012 election. The check box on the postage statement form was introduced in 2014 and has been in use since.

14. These identifiers help increase the visibility of Election Mail as it travels through our network, from entry to delivery. The Election Mail logo distinguishes the piece through the entire process, and the postage statement form check box and Green Tag 191 ensure that the Postal Service's employees and systems recognize a particular mailing as Election Mail when it is entered into our network. The Postal Service uses these identifiers to help ensure we are following existing processes for handling Election Mail. That practice is the same for the upcoming November election as it has been in prior ones.

**Prioritization of Election Mail**

15. Except where a voter chooses to purchase one of the Postal Service's premium services – Priority Mail (which has a retail price starting at $7.50) or Priority Mail Express (which has a retail price starting at $26.35) – completed ballots mailed by a voter to an election official are First-Class Mail, just like other single-piece mail such as holiday cards and bill payments. Such completed ballots are First-Class Mail whether they are prepaid by election officials or mailed with a stamp by the voter. States, and sometimes election officials themselves, choose whether to prepay postage on behalf of voters on ballots or not. The most common methods of prepaid postage for Election Mail are Business Reply Mail, Qualified Business Reply Mail, Metered Reply Mail, Permit Reply Mail, or stamps. If election officials choose to use Business Reply Mail or Qualified Business Reply Mail, they will only be charged for the pieces that are actually returned by voters through the mail.

16. For most U.S. citizens who live abroad but are eligible to vote in U.S. elections, their
ballots mailed from foreign countries are handled as First-Class Mail once they arrive
in the United States and enter the Postal Service's processing network. For general
elections for Federal office, overseas uniformed services voters, including active duty
military personnel and their families, may use Priority Mail Express Label 11-DOD,
*DOD Express Mail Label Absentee Ballot*, to return their ballots from an Army Post
Office (APO), Fleet Post Office (FPO), or Diplomatic Post Office (DPO). Where
Label 11-DOD is used to return a ballot, the ballot will be treated as Priority Mail
Express when it reaches the United States and enters the Postal Service's processing
network. We recommend that other voters who live abroad should return their mail-in
ballots as early as possible, because domestic delivery timeframes do not account for
international deliveries, and foreign postal operators may have different delivery
standards. Acting early is especially important this year because of exigent
circumstances created by the COVID-19 pandemic. For example, regular postal
service is currently still suspended with some countries. However, voters living
abroad may return their ballot at any U.S. embassy, consulate, or Diplomatic Post
Office (where the ballots would be included in diplomatic mail, which continues
without disruption). For overseas voters who have authorized access to a military
base, they may return their ballot at that U.S. military base (where the ballots would
be included in APO/FPO mail, which continues without disruption).

17. This year, as in years past, election officials who use the mail to provide voters with
election materials, including blank ballots, may mail such materials to voters as First-
Class Mail or Marketing Mail. There are some differences between First-Class Mail

and Marketing Mail, although they are processed using the same equipment. Single Piece First-Class Mail generally is delivered within a two to five day timeframe, meaning two to five days after the mail is entered into the mailstream or collected by the Postal Service, while most Marketing Mail is delivered on a three to ten day timeframe. First-Class Mail can be transported by air when the mail needs to travel a long distance to be delivered, but Marketing Mail is moved only by ground transportation. The Postal Service provides automatic forwarding for First-Class Mail, but not Marketing Mail. First-Class Mail pieces are also sealed against inspection, whereas Marketing Mail is not. These differences between First-Class and Marketing Mail are set forth in the Mail Classification Schedule, which is maintained on the Postal Regulatory Commission's website, as well as the Domestic Mail Manual, which is a Postal Service regulation.

18. With respect to Election Mail, the differences between First-Class and Marketing Mail are relevant only to Election Mail that officials send out to voters, since (as discussed above) ballots being returned by voters are, at a minimum, First-Class Mail. The Postal Service has, for many years, recommended that election officials use First-Class Mail service for all Election Mail. If election officials choose to send out Election Mail to voters as Marketing Mail, there is no regulation or formal Postal Service policy providing that Election Mail (including ballots) entered as Marketing Mail be automatically upgraded to First-Class Mail, even if the mail bears the official Election Mail logo. To my knowledge, no such regulation or policy has ever existed.

19. The Postal Service recognizes the importance of Election Mail, however, and has policies and established practices to help prevent Election Mail – whether sent by

election officials as Marketing Mail or First-Class Mail – from being lost or delayed. For example, the Postal Service uses log sheets that account for and help track Election Mail through processing. If a county election board enters a container of Election Mail into the postal system on a particular day, that container gets logged by Postal employees at each step along the way – in the business mail entry unit, the processing facility, and the delivery unit, for example – so that the container can be tracked. The Postal Service also uses daily "all clears" to ensure that all Election Mail is accounted for within the system. In the all clear process, in-plant support personnel in processing or delivery units use a checklist to confirm that mail scheduled or "committed" to go out that day has gone out, and anything committed for the next day is at the front of the line. Personnel conducting all clears may consult the logs that were described earlier, and also check all locations within the facility (e.g., processing equipment) to ensure that all pieces of Election Mail in the facility's possession are in the right location.  Attached as Exhibit 3 is an example of an "Operational Clean Sweep Search Checklist – Political and Election Mail" that USPS personnel routinely use as part of the "all clear" procedure.

20. In terms of delivery speed, the Postal Service recognizes that Election Mail, and ballots in particular, are time-sensitive. Accordingly, while there is no formal policy, the Postal Service has several longstanding practices of prioritizing the expeditious processing and delivery of Election Mail, particularly ballots. I have knowledge of and experience with these practices both in my current role, and as a Plant Manager during the 2016 election.

21. Specifically, a longstanding practice within the Postal Service is to devote excess First-Class Mail processing capacity to Election Mail, including blank ballots sent out to voters. A plant can process a finite amount of mail per day within First-Class Mail standards. Where there is not enough First-Class Mail to fill that capacity, we fill it with other mail such as Marketing Mail. This is called "advancing." Although there is no formal policy to this effect, it is a longstanding practice to advance Election Mail entered as Marketing Mail ahead of all other Marketing Mail. As a result of this practice, the delivery timeframes for Election Mail entered as Marketing Mail often are comparable to those of Election Mail entered as First-Class Mail. In my experience, the majority of Election Mail entered locally as Marketing Mail ultimately has a similar delivery speed to First-Class Mail because of "advancing" and other Postal Service practices.

22. Another practice is ensuring that Election Mail including blank ballots sent to voters is not left behind. If a truck leaving a facility is going to be 100 percent full, we prioritize placing the ballots on the truck.

23. In addition to those practices, Postal Service employees also often undertake extraordinary efforts to accelerate the delivery of ballots that have been mailed by election officials, whether sent using First-Class Mail or Marketing Mail service, or by voters very close to or on Election Day. There is no formal Postal Service policy discussing this practice, but it is culturally understood within the Postal Service, and, in my experience, has been part of Postal Service culture during the whole time I have been aware of the Election Mail process.

24. The decision to undertake these efforts is generally made at the local level by District and/or Plant leadership and staff. The Postal Service's Area and Headquarters leadership and officers have, to my knowledge, always approved of these efforts when informed of them. I am unaware of any opposition by management to these efforts.

25. An example of the efforts undertaken by the Postal Service's employees this year occurred when New York City mailed thousands of blank ballots to voters on the Friday before a Tuesday primary election. When the local Plant Manager and District Manager heard about this from the Postal Service's local Election Mail coordinator, they ordered our employees to undertake extraordinary efforts to ensure that as many ballots as possible reached the voters before Election Day so they could still be returned in time to be counted. After giving that order, they informed their Area Vice President, who endorsed the decision and told them to do anything they needed to do to deliver the ballots. Postal Service employees then segregated the ballots from the other mail and sent them as Priority Mail Express (formerly known as Express Mail), the Postal Service's fastest and most expensive service, so that the ballots moved as quickly as possible through our network. This was done at considerable expense to the Postal Service, which we did not seek to recover from the election officials.

26. Other extraordinary measures we have undertaken include providing additional deliveries during the day and making deliveries on Sundays. Postal personnel, including managers, will also personally deliver ballots on a same-day basis to election officials throughout Election Day, in recognition of the fact that many local election boards require that they must physically receive ballots by a certain time on

Election Day. I have personal knowledge of the fact that on previous Election Days, if a state has, for example, a 7 p.m. return deadline, postal employees have been instructed to search a facility at 5 p.m. to find every ballot they can so that it can be turned over to election officials by the state's deadline. Again, the Postal Service undertakes these extraordinary measures at its own cost, including overtime, fuel, mileage, and other similar expenses. During this election season, I am aware that we made extra deliveries over the weekend in Georgia and Washington, D.C., to ensure to the best of our ability that ballots would be delivered to voters in time to vote in primaries, despite mailings by election officials very close to Election Day.

27. I am not aware of anyone in the Postal Service who has disapproved efforts to do anything reasonably possible to deliver ballots in time for votes to be counted. To the best of my knowledge, Postmaster General DeJoy has not done anything to change these practices or expressed any intention to do so. Nor have any other members of the Postal Service's Executive Leadership Team. In sum, I am not aware of anyone within the Postal Service expressing any intention to stop, curtail, discourage, or interfere with any effort to accelerate the delivery of ballots so they may arrive in time to be counted during this year's election cycle.

28. I expect us to undertake these same extraordinary efforts during the November 2020 general election when necessary. I fully support these efforts and intend to use my position to facilitate them. In fact, this year the Postal Service has implemented additional measures to ensure the timely delivery of ballots, as discussed below.

29. For example, on August 18, 2020, Postmaster General DeJoy committed that, starting on October 1, 2020, the Postal Service will engage standby resources in all areas of

our operations, including transportation, to satisfy any unforeseen demand related to the November general election. His testimony under oath before both the Senate Homeland Security and Government Affairs Committee on August 21, 2020, and the House Committee on Oversight and Reform on August 24, 2020, confirmed this commitment. These "standby resources" will include, as needed, additional staffing, additional transportation, extra trips, and expanded mail processing windows. With respect to expanded mail processing, the Postal Service's mail processing machines generally have, across the board, unused excess capacity (e.g., idle windows) that we can utilize as needed to ensure the timely processing of Election Mail. For example, on average, Advanced Facer Canceller Systems (AFCS), which cancel (apply postmarks) to letter-sized mail, run less than 8 hours per day (outside of the Peak holiday season in December). Operations officers throughout the Postal Service will deploy these standby resources as needed.

30. There are practical limitations to what these extraordinary efforts can accomplish. If a ballot is mailed from the West coast to the East coast on Election Day, it will be impossible for the Postal Service to deliver it on the same day. There are also limitations of scale. It may be possible for us to provide same-day delivery for 5,000 ballots through extraordinary delivery measures, but, as the number increases to 50,000 or beyond, such special measures become much more difficult.

31. Because of the anticipated increase in voting using the mail due to COVID-19, and the inexperience of many state and local election officials in administering an election with such a high volume of mail-in ballots, there is a high risk that large mailings may be entered close to or on Election Day, as we have already experienced during

some primary elections this year. Such occurrences may strongly test what is realistically possible regarding accelerated delivery times, even with heroic efforts from the Postal Service.

32. To help educate election officials about how the mail works and what they can expect when using the mail as part of their elections, and as part of our commitment to delivering Election Mail in a timely manner, in addition to publishing comprehensive guidance materials on our website (usps.com/votinginfo), we regularly communicate with election officials by letter, phone, meetings, and otherwise to educate them on our processes, procedures, and recommended best practices, including recommended mailing timeframes, using First-Class Mail, and using available labeling tools to increase visibility and tracking for Election Mail. This communication strategy has not changed since Postmaster General DeJoy took office. However, this year, the frequency of communications between the Postal Service and election officials has increased, because of the need to address challenges stemming from the COVID-19 pandemic.

**Ballot Cancellation**

33. A postmark is an official Postal Service imprint applied on the address side of a stamped mailpiece. A postmark indicates the location and date the Postal Service accepted custody of a mailpiece, and its primary purpose is to cancel affixed postage so that it may not be reused (thereby providing some revenue assurance for the Postal Service). Cancellation is not required for mailpieces that bear a permit, meter, precancelled stamp for postage, or for pieces with an indicia applied by various postage evidencing systems, because this type of postage is not at risk of being

reused. As such, the Postal Service's mail processing system is not designed to cancel every single mailpiece that flows through the system.

34. It has, however, been the Postal Service's policy for several years to "cancel" (commonly understood by the public as "postmark") all ballots returned by voters, regardless of the method of payment used; this policy remains in place. For example, if a mailpiece comes in that is permitted or metered and, if it is identifiable as a ballot, the Postal Service will still try to "cancel" or "postmark" that mailpiece. This policy is in recognition of the importance that many states place on a postmark, as a means of validating that the ballot was returned on time.

35. Letter-sized mail is typically cancelled using an AFCS machine at a plant. Based on my own knowledge of the Postal Service's inventory of AFCS machines, including removals prior to Postmaster DeJoy's August 18, 2020 direction to suspend such activity, and the processing capacity of those machines, the Postal Service has sufficient AFCS capacity to handle all ballots during this year's election. In general, most processing plants run AFCS machines only from 4 p.m. to about 11 p.m., meaning that these machines typically have many extra hours of processing capacity that can be used, for example, to cancel ballots.

36. During the Postal Service's regular operations, some mail bypasses the cancellation machine, like trays of prepaid (usually metered) mail. Even for mail that runs on the cancellation machine, there are some mailpieces that the machine cannot read or apply a cancellation mark to, for instance if the piece is overly wet or crumpled. Those mailpieces enter the "reject" or "return" processing flows. The "reject" or "return" mail is ordinarily moved through processing without applying a cancellation

mark. However, during election season, if a cancellation machine rejects a mailpiece, and that mailpiece is identifiable as a ballot, then the ballot is cancelled by hand before continuing through processing. In addition, as discussed further below, the Postal Service recently began using dedicated ballot monitors to ensure that all ballots are, to the extent possible, being identified and cancelled, either by machine or by hand.

37. There are limited instances where the Postal Service may not be able to attempt "postmarking" or "cancellation" on a ballot. For example, many businesses and other bulk mailers send mail in bulk-mailing trays containing roughly 400 pieces each. These trays often consist primarily of metered mail, which does not require cancellation. As such, these trays of metered mail generally bypass the cancellation machines and are entered directly into sorting machines. This means a ballot mailed from an office or similar location that has primarily metered outgoing mail that is entered into the mailstream in trays would not receive a cancellation unless a Postal Service employee recognized the ballot within the tray and separated it for cancellation.

38.  There are other reasons a ballot might not receive a legible cancellation mark. For example, occasionally two pieces may be stuck together when they are run through the machine, or the ink in a given cancellation machine may smear.

39. In order to minimize these issues, the Postal Service has modified its regular processes to maximize the likelihood that a ballot is cancelled. These measures include making extra efforts to hand cancel ballots that are rejected by automated cancellation machines and training Postal Service employees to recognize ballots

using the official Election Mail logo to make sure that these mailpieces are cancelled. This year, for the first time of which I am aware, the Postal Service also began utilizing ballot monitors in every processing facility to monitor the postmarking process and ensure all processes are being adhered to properly with a goal to minimize any missed postmarks on ballots. For the week before the November general election and through Election Day, each facility will have a ballot monitor who is fully familiar with processing operations and the procedures that should be followed for cancelling ballots.

40.  In order to successfully implement the ballot postmarking processes, Postal Service employees must recognize a mailpiece as a ballot. To help Postal Service employees recognize ballots in the mailstream, the Postal Service has recommended (and recommends again this year) that election officials include the official Election Mail logo on the ballot envelope, as well as other identifiers discussed above. Because return ballots can be mailed from anywhere in the country, the use of the universally recognized official Election Mail logo is particularly important for visibility. A Postal Service employee may not be familiar with the appearance of a ballot for King County, Washington, for example, but would recognize the official Election Mail logo. Election officials are not required to include these identifiers, but, without them, it is significantly more difficult for the Postal Service to identify and cancel ballots.

41. In this election cycle, the Postal Service has intensified its efforts to improve the postmarking process by convening a Postmark Team that has worked to identify and correct potential process deficiencies, and has updated Processing Operations Management Orders, Stand Up Talks, and Standard Work Instructions. This team also

recommended the use of ballot monitors, who have been used successfully in several of the later primary elections in 2020 and will be in place for the November general election.

**Ability of the Postal Service to process Election Mail**

42. The Postal Service typically delivers well over 400 million mailpieces per day. In 2019, the Postal Service delivered an average of 472 million mailpieces per delivery day. Even if every registered voter in the United States were to vote by mail this year (which, based on available data, would total around 155 million mailed-in ballots), their ballots would represent only a tiny portion of the total mail volume that the Postal Service handles. Currently, even with the anticipated increase in the use of voting by mail, the Postal Service is projecting that only two to five percent of total volume in October and November will be Election Mail. However, to help ensure that all Election Mail can be delivered on time, and to mitigate the impacts of any surges in Election Mail sent in the days immediately before Election Day, the Postal Service is actively encouraging voters and election officials to act early to allow enough time for voters to request, receive, complete, and return their ballots.

43. There will be surges in Election Mail volume near the November general election date, but we experience these types of mail surges regularly for things such as monthly billing cycles, holidays, and the 2020 Census, and we are prepared for them. We expect less total volume during the entire election season of October to November than during the peak mailing season, which begins after Thanksgiving and extends into early January. Peak in 2019 was projected to have around 13 billion mailpieces. During the peak week of the holiday season, the Postal Service expected

21

2.5 billion pieces of First-Class Mail, not counting any Marketing Mail. If every registered voter was to receive an application for a mail-in ballot and return it via mail, then receive a mail-in ballot and also return it by mail, the total volume handled by the Postal Service for all four legs in this scenario would total around 640 million pieces, which is roughly 25 percent less than the peak seven days handled by the Postal Service. The Postal Service's routine, data-based reductions in the number of sorting machines in facilities, and other reductions in equipment, are done conservatively, with anticipated surges in mind and accounted for. In my time as a Plant Manager, equipment was removed routinely due to declining mail volume, and I am not aware of any policy change or change to this practice this year, other than the recent pause to the practice ordered by Postmaster General DeJoy until the November election is over.

44. While the COVID-19 pandemic presents challenges for the Postal Service due to decreased availability of Postal Service workers, we have worked with the Postal Service's unions to bring on additional workers and are confident that we will have the workforce we need. We have plans in place to respond to the continued negative impact of COVID-19 and are making plans to rapidly respond to crises that may occur, including spikes in COVID-19-related absences.

45. The Postal Service's most significant concerns with respect to this election are envelope design, including ballot envelope design, because poorly designed envelopes can impact processing and cause improper delivery; and the state's mailing timeframes or deadlines, particularly those deadlines and timeframes that may have changed or be changed near Election Day in light of circumstances resulting from the

COVID-19 pandemic. These concerns have driven our expanded efforts this year to reach out to and educate election officials, in order to ensure a smooth mail-in voting process.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed at Washington, DC on this ___8___ day of September, 2020

Robert Justin Glass

THOMAS J. MARSHALL
GENERAL COUNSEL
AND EXECUTIVE VICE PRESIDENT


**UNITED STATES**
**POSTAL SERVICE**

May 29, 2020

Re:  Election Mail

Due to the impacts of the COVID-19 pandemic, the Postal Service anticipates that many voters will choose to use the mail to participate in upcoming elections, including the 2020 General Election in November.  This letter is a follow-up communication to the 2020 Official Election Mail Kit (Kit 600), which was provided to elections officials in March and which is available at https://about.usps.com/kits/kit600.pdf.

Following up on several topics addressed in that Election Mail Kit, this letter highlights some key aspects of the Postal Service's delivery processes, to allow you to take those processes into account when making decisions and when educating the public on what to expect when using the mail to vote.  You will also find some additional recommendations that the Postal Service has regarding how to ensure the efficient and timely handling of mail pertaining to elections (which includes ballots as well as registration cards, absentee-ballot applications, polling-place notifications, or other materials sent from authorized election officials to allow citizens to participate in the voting process, and is collectively referred to as "Election Mail").  These and other issues are discussed in the above mentioned Election Mail Kit and in Publication 632, *State and Local Election Mail – User's Guide*, which is enclosed to this letter.  Publication 632 and other Election Mail resources are available on the Postal Service's Election Mail website at https://about.usps.com/election-mail/election-mail-resources.htm.

**How Election Mail can be Sent**

As an initial matter, the Postal Service offers a variety of mailing services that voters and election officials may utilize to transmit Election Mail.  The two main classes of mail that are used for Election Mail are First-Class Mail and USPS Marketing Mail, the latter of which includes the Nonprofit postage rate.  These mail classes have different delivery standards and price ranges, and are subject to eligibility requirements that include the volume of a given mailing and the mailpiece's contents, weight, and size.  As a general matter, all Election Mail (including ballots) mailed from individual voters to state or local election officials *must* be sent by First-Class Mail.  Election materials (including blank absentee ballots) mailed from state or local election officials to voters may generally be sent by either First-Class Mail or Marketing Mail.

**Mail Processing Times Need to be Considered when Communicating Deadlines**

It is important to note that First-Class Mail and Marketing Mail have different delivery standards, and that delivery times further depend on the origin and destination of a given mailpiece.  Most domestic First-Class Mail is delivered in 2-5 days.  Most domestic Marketing Mail is delivered in 3-10 days.  *However, the Postal Service cannot guarantee a specific delivery date or alter standards to comport with individual state election laws.*

475 L'ENFANT PLAZA SW
WASHINGTON DC 20260-1100
PHONE: 202-268-5555
FAX: 202-268-6981
THOMAS.J.MARSHALL@USPS.GOV
WWW.USPS.COM

- 2 -

To account for delivery standards and to allow for contingencies (e.g., weather issues or unforeseen events), voters should mail their return ballots at least 1 week prior to the due date established by state law. Similarly, for election materials (such as blank ballots) sent to voters, the Postal Service also recommends that state or local election officials use First-Class Mail and allow 1 week for delivery to voters.

It is critical that the Postal Service's delivery standards be kept in mind when informing voters how to successfully participate in an election using the mail, and when state and local election officials are making decisions as to the establishment of deadlines and the means used to send a piece of Election Mail to voters. Voters should be made aware of these transit times when offered the opportunity to request that an absentee ballot be mailed to them, and when deciding when to mail a ballot back to election officials. For example, if a state law requires completed ballots to be received by election officials by a specified date (such as Election Day) in order to be counted, voters should be aware of the possibility that completed ballots mailed less than a week before that date may not, in fact, arrive by the state's deadline. Similarly, if a state law allows a qualified voter to request an absentee ballot shortly before Election Day and requires the state or local election official to mail that ballot to the voter, voters should be made aware that the absentee ballot may not reach the voter before Election Day if requested less than a week before the election.

**Proper Labeling Helps Avoid Delivery Delays and Increases Mailpiece Visibility**

The Postal Service is committed to the efficient and timely processing and delivery of Election Mail in accordance with its delivery standards, and has developed labeling to provide greater visibility for these mailpieces during processing, including the Official Election Mail logo, which is used on all Election Mail, and Tag 191, *Domestic and International Ballots*, which is used specifically for ballots. Neither Tag 191 nor the Official Election Mail logo is mandatory, and they do not upgrade service or substitute for postage, but they help to alert the Postal Service of the presence of Election Mail in the postal network and distinguish Election Mail from the millions of other mailpieces that are moving through the network.

The Postal Service further recommends that election officials use Intelligent Mail barcodes for their Election Mail. These barcodes are used to improve a mailer's ability to track individual mailpieces and gain greater mailstream visibility. The Postal Service also offers an Intelligent Mail barcode identifier specifically for ballots that increases mailpiece visibility within the processing system, is used by the Postal Service to sort individual mailpieces, and can be used both by the Postal Service and by the mailer to track the delivery and return of ballots.

**Consult with Election Mail Coordinators BEFORE Printing Mailpieces**

In addition, the Postal Service has assigned election mail coordinators to each locality that stand ready to assist and consult with state and local election officials concerning the logistics of their mailings and the services that are available. A list of election mail coordinators may be found on our website at: https://about.usps.com/election-mail/political-election-mail-coordinators.pdf. Also, mailpiece design analysts will assist election officials in designing and preparing envelopes that are consistent with postal regulations, increase

- 3 -

mailpiece visibility, facilitate the application of postmarks, and allow officials to receive available postage discounts.  You may reach a mailpiece design analyst by calling the MDA Customer Service Help Desk at 855-593-6093 (between 8 a.m. and 5 p.m. Central Time, Monday through Friday) or by sending an email to *MDA@usps.gov*.  Mailpieces that do not adhere to the Postal Service's requirements may experience longer processing times or other delivery problems.  To avoid incurring delivery delays and unnecessary costs, the Postal Service strongly recommends that state and local election officials work with the Postal Service **before** designing and printing any mailpieces for use in elections.

This letter, which has been sent to local and state election officials around the country, is part of a broader outreach effort aimed at educating all interested parties about the Postal Service's mailing requirements and services.  The Postal Service is proud of its role as an important component of the nation's democratic process and it remains committed to providing the resources needed to implement a successful election season.

Thomas J. Marshall

Enclosure

RONALD A. STROMAN
DEPUTY POSTMASTER GENERAL
AND CHIEF GOVERNMENT RELATIONS OFFICER


**UNITED STATES**
**POSTAL SERVICE**

September 23, 2016

Mr. Ed Packard
Director of Elections
Office of the Alabama Secretary of State
Post Office Box 5616
Montgomery, AL 36103-5616

Dear Director Packard:

With the general election fast approaching, I wanted to remind you that our Political and Election Mail Coordinators are your principal points of contact during the election season. Our Coordinators will resolve issues that arise during the election cycle and suggest the best mailing practices to ensure timely and secure delivery of absentee and vote-by-mail ballots. To find the names and contact information for the Political and Election Mail Coordinators within your state, please go to <about.usps.com/gov-services/election-mail/> and use the coordinator locator tool. We also recommend that you urge voters to mail back their ballots one week prior to Election Day in order to ensure the ballots' timely delivery.

In addition, we have developed the enclosed summary of reminders, recommendations and resources. We hope you will find the information on the following pages helpful as you prepare and distribute your Official Election Mail materials to voters in the November election.

Working closely together, we can achieve a successful general election season in 2016.

Sincerely,

Ronald A. Stroman

Ronald A. Stroman

Enclosures

475 L'ENFANT PLAZA SW
WASHINGTON DC 20260-0050
WWW.USPS.COM

## Postal Service General Election Recommendations

### Work With Your Local Election and Political Mail Coordinator

- A key to success in 2016 will be local partnerships between Postal Service™ election coordinators and the election community. Election and Political Mail Coordinators are trusted to log and resolve issues locally.

- Contact a Postal Service Election Mail Coordinator <about.usps.com/gov-services/election-mail/> to discuss all aspects of your mailing, including:
  - o Mailpiece design.
  - o Mailing preparation/entry.
  - o Delivery and pickup activities.

- Early communication is very important.
  - o Contact your local Election Mail Coordinator as soon as questions or concerns arise.
  - o Should your concern regard a specific mailing, please provide front and back PDF copies of the mailpiece as well as physical samples. This will aid the Postal Service's investigation with regard to identifying the cause and providing timely corrective action when necessary.

### Use Postal Service Recommended Best Practices

- Reply envelopes should include:
  - o Official Election Mail Logo for visibility.
  - o Delivery point Intelligent Mail barcode (IMb®).
  - o The specific amount of postage needed to return balloting materials by mail, as required under current mailing standards, unless subject to the following exceptions:
    - The balloting materials are qualified under the special exemption for military and overseas voting.
    - The ballot is returned under Business Reply Mail service.
    - Return postage is guaranteed through a postage-due account.
    - Postage on the ballot is prepaid by stamps, meter, or Permit Reply Mail.

- Use letter-size reply envelopes.
  - o The use of letter-size reply envelopes will increase the operational likelihood that the ballot receives a postmark.

- Use First-Class Mail® postage.
  - o Board of Elections should use First-Class Mail postage rather than Standard or Non-Profit postage rates when paying for the delivery of outbound absentee or vote by mail ballots. Most First-Class Mail is delivered within 2–5 days.

- Use Green Tag for 191 domestic and international ballots.
    - o The tag identifies trays and sacks that contain ballot mail.
    - o The designation provides greater visibility during mailing induction.
    - o It can ONLY be applied to ballot mail, such as vote-by-mail Ballot and absentee ballots.

 

- Review sample mailpieces.
- o At the time of mail entry, the Postal Service strongly encourages the mailer to supply an unaddressed copy of all official election mailpieces. However, for official ballots, regardless of class of mail, the mailer must provide a sample mailpiece with its contents, unless an exception is met. See DMM 703.8 at <pe.usps.com/text/dmm300/703.htm#1174014>.

- Properly label postage statements.
    - o Check off the "Yes" box next to "This is Official Election Mail."

### Encourage Voters to Mail Early

- The Postal Service recommends that voters mail ballots one week before the due date to account for any unforeseen events or weather issues, and to allow for timely receipt and processing by election officials.

- The Postal Service is committed to processing and delivering Official Election mail within our stated delivery standards. Most First-Class Mail deliveries are made within 2–5 days. Standard Mail® deliveries are made within 3–10 days (within the contiguous 48 states).

- Customers should understand their options in receiving a postmark on ballots.
    - o Home or Business Mailboxes: Ballots will be postmarked the day the Postal Service mail carrier collects it.
    - o Local Post Office™ facility: Take the ballot to a local Post Office facility and confirm with the counter representative that the ballot will be postmarked that day.
    - o USPS® Blue Collection Boxes: If the ballot is deposited after the printed collection time on the box, the ballot will not be postmarked until the next day of collection.

**Election officials should consider including a voter notification with the above guidelines, as well as state deadlines and requirements, in the ballot material packet to clarify key information.**

**Resources**

The following resources are available during the election season to assist in the mailing process:

- Mailpiece Design Analysts (MDA).

  o For assistance with mailpiece design, contact a Mailpiece Design Analyst by calling the MDA Support Center at 855-593-6093 (hours of operation are Monday—Friday, 7 a.m. to 5 p.m. CT) or by sending a request by email message to mda@usps.gov.

- 2016 Official Election Mail Program Kit (Mailed to Election Officials April 19, 2016).

  o A soft copy is available online at <about.usps.com/election-mail/election-mail-resources.htm>.

- USPS Election Mail Websites and email addresses:

  o The following Web resources and email addresses are available at <about.usps.com/gov-services> for additional information:

    ▪ *USPS Election Mail Homepage*: Find links to Postal Service Election Mail resources and guidelines. <www.about.usps.com/gov-services/election-mail/>

    ▪ *Election Mail Coordinators*: Find a local Election Mail Coordinator to support preparation, entry delivery and pickup planning.

    ▪ *Find a Business Mail Entry Unit*: Learn where to drop off government and Election Mail.

    ▪ *Contact the Election Mail Task Force Program Manager*: ElectionMailProgramManager@usps.gov

# ELECTION MAIL CHECKLIST

## The following checklist will help to ensure a successful election mailing:

### 1. CALL YOUR POSTAL SERVICE ELECTION MAIL COORDINATOR

- ☐ Discuss the specific purpose for the mailing (e.g., information, ballots, and voter registration).
- ☐ Discuss when you intend to present the mail to the Postal Service.
- ☐ Discuss your delivery date requirements.
- ☐ Determine if the mailing must go as First-Class Mail—USPS recommends the use of First-Class Mail postage on all outbound absentee or vote by mail ballots.
- ☐ Determine where and when the mailpieces must be presented to the Postal Service to meet your desired delivery dates.
- ☐ Determine the size of the mailings.
- ☐ Determine the best method of receiving return mail (e.g., Post Office Box or Caller Service).
- ☐ Determine the best time to pick up the mail each day.
- ☐ Determine the latest time when an election official can pick up returns.
- ☐ Determine the final date for receiving return mail.
- ☐ Determine the necessary postal equipment and supplies needed.
- ☐ Determine payment method.
- ☐ Determine what forms are needed for mailing and for postage payment.
- ☐ Determine if the mailing must meet address or Move Update requirements.
- ☐ Determine if the mailing needs to have an ancillary service endorsement (e.g., Return Service Requested).
- ☐ Determine if the mailing needs extra services (e.g., Certified Mail, Registered Mail).

### 2. DETERMINE IF THE MAILING NEEDS TO INCLUDE A REPLY PIECE

- ☐ Decide if you plan to use Business Reply Mail or Courtesy Reply Mail.
- ☐ Decide if it is cost-effective to use Qualified Business Reply Mail.

### 3. PREPARE YOUR ADDRESS LIST

- ☐ Decide who should receive the mailpieces.
- ☐ Compile your address list.
- ☐ Ensure proper address list hygiene.
- ☐ Validate physical address accuracy.
- ☐ Validate that you meet the Move Update standard, if applicable.

## 4. FILE REQUIRED FORMS FOR POSTAGE DISCOUNTS AND OTHER MAILING SERVICES (IF NEEDED)

☐ PS Form 1093, Application for Post Office Box Service.

☐ PS Form 1093-C, Application for Post Office Caller Service.

☐ PS Form 3615, Mailing Permit Application and Customer Profile (for Permit Imprint and Business Reply Mail permits).

☐ PS Form 3623, Request for Confirmation of Authorization (or Pending Application) to Mail at Nonprofit Standard Mail Prices.

☐ PS Form 3624, Application to Mail at Nonprofit Standard Mail Prices.

☐ PS Form 6805, BRM/QBRM Application for ZIP+4 Code Assignment/Validation and QBRM Approval (Business Reply Mail/Qualified Business Reply Mail).

## 5. MAILPIECE DESIGN–WORK WITH A MAILPIECE DESIGN ANALYST TO ENSURE MAILPIECE COMPLIANCE–POSTAL SERVICE RECOMMENDATIONS

☐ Voter communication is an essential component of preventing late ballots.

   — Election officials should consider including a voter notification in the ballot packet to ensure timely delivery of ballots.

   — Return by Mail date guidance based on state/local laws.

☐ Use letter-size reply envelopes.

☐ Board of Elections should use First-Class Mail postage on all outbound absentee or vote-by-mail ballots.

☐ Use the Official Election Mail Logo on all Official Election Mail.

☐ Use IMb Tracing–a service which provides near real-time tracking information for your automation-compatible letters and flats.

☐ Use Tag 191 on all Domestic and International Ballot mailings.

☐ Consider appropriate colors, weight limitations, proper wording, placement of postal markings, etc.

☐ Obtain an evaluation of the final mailpiece design before printing.

## 6. PREPARE AND PRESENT THE MAILING

☐ Print mailing in time for preparation and delivery to the Post Office.

☐ Affix Tag 191 for Domestic and International Ballots.

☐ Obtain postal supplies and equipment (e.g., carts, trays, stickers, rubber bands, and tags).

☐ Prepare mailing for delivery to the Post Office.

☐ Obtain and complete postage statements to be presented with mailing:

   ▪ If using Bulk First-Class Mail, you will need to use one or more forms in the 3600 series.

   ▪ If using Standard Mail, you will need to use one or more forms in the 3602 series.

☐ Present mailing, postage statement, and check (payment) for postage account, if needed.

---

*Note:* The following are trademarks of the United States Postal Service: ACS™, AEC II®, Business Reply Mail®, CASS™, Certified Mail®, Courtesy Reply Mail™, DMM®, DPV®, Express Mail®, First-Class Mail®, NCOALINK®, Official Election Mail®, Post Office™, Postal Explorer®, Postal Service™, Standard Mail®, USPS®, usps.com®, ZIP+4®.

| Name | Title | Department | Street | Second Line | City, State, Zip | Greeting |
|---|---|---|---|---|---|---|
| Mr. Ed Packard | Director of Elections | Office of the Alabama Secretary of State | Post Office Box 5616 | | Montgomery, AL 36103-5616 | Dear Director Packard: |
| Ms. Josephine Bahnke | Director | Alaska Division of Elections | Post Office Box 110017 | | Juneau, AK 99811-0017 | Dear Director: |
| Ms. Erika Reyes Fuimaono | Chief Elections Officer | American Samoa Election Office | Post Office Box 3970 | | Pago Pago, AS 96799-3970 | Dear Director: |
| Mr. Eric H. Spencer | Election Director | Office of the Arizona Secretary of State | 1700 West Washington Street, 7th Floor | | Phoenix, AZ 85007-2808 | Dear Director Spencer: |
| Ms. Leslie Bellamy | Interim Director | Office of the Arkansas Secretary of State | Room 062, State Capitol | | Little Rock, AR 72201-1088 | Dear Director Bellamy: |
| Ms. Jana Lean | Chief of Elections | Elections Division | 1500 11th Street, 5th Floor | | Sacramento, CA 95814 | Dear Ms. Lean: |
| Mr. Judd Choate | Director of Elections | Colorado Department of State | 1700 Broadway, Suite 270 | | Denver, CO 80290-1700 | Dear Director Choate: |
| Ms. Peggy Reeves | Director | Office of the Secretary of State | 30 Trinity Street | | Hartford, CT 06106-1634 | Dear Director Reeves: |
| Ms. Elaine Manlove | State Election Commissioner | Department of Elections | 905 South Governors Avenue, Suite 170 | | Dover, DE 19904-4112 | Dear Commissioner Manlove: |
| Ms. Alice Miller | Executive Director | District of Columbia Board of Elections and Ethics | 441 Fourth Street, NW, Suite 250N | | Washington, DC 20001-2745 | Dear Director Miller: |
| Mr. Gary J. Holland, Esquire | Assistant Director, Division of Elections | Florida Department of State | Room 316, R.A. Gray Building | | Tallahassee, FL 32399-0250 | Dear Assistant Director Holland: |
| Mr. Chris Harvey | Director of Elections | Georgia Secretary of State | Suite 802, West Tower | 2 Martin Luther King Jr. Drive, SE | Atlanta, GA 30334-9000 | Dear Director Harvey: |
| Ms. Jessica Simmons | Assistant Elections Director | Georgia Secretary of State's Office | Suite 802, West Tower | 2 Martin Luther King Jr. Drive, SE | Atlanta, GA 30334-9000 | Dear Assistant Director Simmons: |
| Ms. Ilana I.D. Pangelinan | Executive Director | Guam Election Commission | Suite 200, GCIC Building | 414 West Soledad Avenue | Hagatna, GU 96910-5067 | Dear Executive Director Pangelinan: |
| Mr. Scott Nago | Chief Election Officer | Office of Elections | 802 Lehua Avenue | | Pearl City, HI 96782-3321 | Dear Chief Nago: |
| Ms. Betsie Kimbrough | Election Director | Idaho Secretary of State | 304 North 8th Street, Suite 149 | | Boise, Idaho 83720-5633 | Dear Director Kimbrough: |
| Mr. Steve Sandvoss | Executive Director | State Board of Elections | 2329 South MacArthur Boulevard | | Springfield, IL 62704-4503 | Dear Director Sandvoss: |
| Ms. Becky Glazier | Executive Assistant to the Director | State Board of Elections | 2329 South MacArthur Boulevard | | Springfield, IL 62704-4503 | Dear Ms. Glazier: |
| Mr. Brad King | Co-Director | Indiana Election Division | 302 West Washington Street, Room E204 | | Indianapolis, IN 46204-2767 | Dear Director King: |
| Ms. Angela M. Nussmeyer | Co-Director | Indiana Election Division | 302 West Washington Street, Room E204 | | Indianapolis, IN 46204-2767 | Dear Director Nussmeyer: |
| Ms. Carol Olson | Deputy Secretary of State | Lucas State Office Building | 321 East 12th Street | | Des Moines, IA 50319-1002 | Dear Deputy Olson: |
| Mr. Bryan Caskey | Director of Elections | Elections Division | First Floor, Memorial Hall | 120 Southwest 10th Avenue | Topeka, KS 66612-1594 | Dear Director Caskey: |
| Ms. Angie Rogers | Commissioner of Elections | Louisiana Secretary of State's Office | Post Office Box 94125 | | Baton Rouge, LA 70804-9125 | Dear Commissioner Rogers: |
| Ms. Julie L. Flynn | Deputy Secretary of State | Secretary of State | 101 State House Station | | Augusta, ME 04333-0101 | Dear Deputy Flynn: |
| Ms. Linda Lamone | Administrator of Elections | Election Division | Post Office Box 6486 | | Annapolis, MD 21401-0486 | Dear Administrator Lamone: |
| Ms. Michelle Tassinari | Director and Legal Counsel | Elections Division | One Ashburton Place, Room 1705 | | Boston, MA 02108-1508 | Dear Counsel Tassinari: |
| Mr. Christopher Thomas | Director of Elections | Michigan Bureau of Elections | 1st Floor, Richard H. Austin Building | 430 West Allegan Street | Lansing, MI 48918-1902 | Dear Director Thomas: |
| Mr. Gary Poser | Director of Elections | Office of the Secretary of State | 180 State Office Building | 100 Reverend Dr. Martin Luther King Jr. Blvd. | St. Paul, MN 55155-1299 | Dear Director Poser: |
| Ms. Kim Turner | Director of Elections | Mississippi Secretary of State's Office | Post Office Box 136 | | Jackson, MS 39205-0136 | Dear Director Turner: |
| Ms. Julie Hile | Director of Elections | Missouri Secretary of State's Office | 600 West Main Street, Room 108 | | Jefferson City, MO 65102-1767 | Dear Director Hile: |
| Mr. Anthony Stevens | Assistant Secretary of State | Office of the Secretary of State | State House, Room 204 | | Concord, NH 03301-4989 | Dear Assistant Secretary Stevens: |
| Ms. Kari Fresquez | Director of Elections | New Mexico Division of Elections | 325 Don Gaspar Avenue, Suite 300 | | Santa Fe, NM 87501-4401 | Dear Director Fresquez: |
| Mr. Robert Giles | Director of Elections | New Jersey Division of Elections | Post Office Box 304 | | Trenton, NJ 08625-0304 | Dear Director Giles: |
| Mr. Todd Valentine | Co-Director | State Board of Elections | 40 North Pearl Street, Suite 5 | | Albany, NY 12207-2729 | Dear Director Valentine: |
| Mr. Robert A. Brehm | Co-Director | State Board of Elections | 40 North Pearl Street, Suite 5 | | Albany, NY 12207-2729 | Dear Director Brehm: |
| Mr. Kim Westbrook Strach | Executive Director | State Board of Elections | Post Office Box 27255 | | Raleigh, NC 27611-7255 | Dear Director Strach: |
| Mr. Jim Silrum | Deputy Secretary of State | Secretary of State | 600 East Boulevard Avenue, Department 108 | | Bismarck, ND 58505-0500 | Dear Deputy Silrum: |
| Mr. John Arnold | Director of Elections | Office of the Secretary of State | 180 East Broad Street, 15th Floor | | Columbus, OH 43215-3726 | Dear Director Arnold: |
| Mr. Matt Damschroder | Assistant Secretary of State | Office of the Secretary of State | 180 East Broad Street, 15th Floor | | Columbus, OH 43215-3726 | Dear Director Damschroder: |
| Mr. Paul Ziriax | Secretary | State Election Board | Post Office Box 53156 | | Oklahoma City, OK 73152-3156 | Dear Secretary Ziriax: |
| Ms. Brenda Bayes | Interim Director of Elections | Office of the Secretary of State | 255 Capitol Street NE, Suite 501 | | Salem, OR 97310-1306 | Dear Director Bayes: |
| Mr. Jonathan Marks | Commissioner | Bureau of Commissions, Elections and Legislation | Pennsylvania Department of State | 210 North Office Building | Harrisburg, PA 17120-0090 | Dear Commissioner Marks: |
| Honorable Nikolas A. Gonzalez Roman | Puerto Rico State Election Commission | | Post Office Box 195552 | | San Juan, PR 00918-5552 | Dear Commissioner Roman: |
| Mr. Rob Rock | Director | Rhode Island Secretary of State | 148 West River Street | | Providence, RI 02904-2615 | Dear Director Rock: |
| Ms. Marci Andino | Executive Director | State Election Commission | Post Office Box 5987 | | Columbia, SC 29250-5987 | Dear Director Andino: |
| Ms. Kea Warne | Director of Elections | Office of the South Dakota Secretary of State | 500 East Capitol Avenue, Suite 204 | | Pierre, SD 57501-5070 | Dear Director Warne: |
| Mr. Mark Goins | Coordinator of Elections | Tennessee Secretary of State | 9th Floor, William R. Snodgrass Tower | 312 Rosa L. Parks Avenue | Nashville, TN 37243-0305 | Dear Director Goins: |
| Mr. Keith Ingram | Director of Elections | Office of the Texas Secretary of State | Post Office Box 12060 | | Austin, TX 78711-2060 | Dear Director Ingram: |
| Mr. Mark Thomas | Director of Elections | Office of the Lieutenant Governor | Utah State Capitol, Suite 220 | | Salt Lake City, UT 84114-2325 | Dear Director Thomas: |
| Mr. Will Senning | Director of Elections and Campaign Finance | Office of the Secretary of State | 128 State Street | | Montpelier, VT 05633-1101 | Dear Director Senning: |
| Ms. Caroline Fawkes | Supervisor of Elections | Election System of the Virgin Islands | Post Office Box 1499, Kingshill | | St. Croix, VI 00851-1499 | Dear Director Fawkes: |
| Mr. Edgardo Cortés | Commissioner | Department of Elections, Washington Building | 1100 Bank Street, First Floor | | Richmond, VA 23219-3497 | Dear Commissioner Cortés: |
| Ms. Lori Augino | Director of Elections | Office of the Secretary of State, Elections Division | Post Office Box 40229 | | Olympia, WA 98504-0229 | Dear Director Augino: |
| Ms. Layla Valentine Brown | Director of Elections | West Virginia Secretary of State | Building 1, Suite 157-K, State Capitol | 1900 Kanawha Boulevard East | Charleston, WV 25305-0770 | Dear Director Brown: |
| Mr. Michael Haas | Administrator | Wisconsin Elections Commission | 212 East Washington Avenue, 3rd Floor | | Madison, WI 53703-7984 | Dear Administrator Haas: |
| Mr. Kai Schon | Election Director | Wyoming Secretary of State's Office | 2020 Carey Avenue, Suite 600 | | Cheyenne, WY 82002-0020 | Dear Director Schon: |
| Mr. John Merrill | Secretary of State | Alabama Secretary of State's Office | Post Office Box 5616 | | Montgomery, AL 36103-5616 | Dear Secretary Merrill: |
| Mr. Byron I. Mallott | Lieutenant Governor | Office of the Lieutenant Governor of Alaska | Post Office Box 110015 | | Juneau, AK 99811-0015 | Dear Lieutenant Governor Mallott: |
| Mr. Lemanu Peleti Mauga | Lieutenant Governor | Office of the Lieutenant Governor, American Samoa | Territory of American Samoa | | Pago Pago, AS 96799 | Dear Lieutenant Governor Mauga: |
| Ms. Michele Reagan | Secretary of State | Arizona Secretary of State's Office | 1700 West Washington Street, Suite 700 | | Phoenix, AZ 85007-2808 | Dear Secretary Reagan: |
| Mr. Mark Martin | Secretary of State | Arkansas Secretary of State's Office | 500 Woodlane Street, Suite 256 | | Little Rock, AR 72201-1094 | Dear Secretary Martin: |
| Mr. Alex Padilla | Secretary of State | California Secretary of State's Office | 1500 11th Street | | Sacramento, CA 95814-5701 | Dear Secretary Padilla: |
| Mr. Wayne Williams | Secretary of State | Colorado Secretary of State's Office | 1700 Broadway, Suite 250 | | Denver, CO 80290-0100 | Dear Secretary Williams: |
| Ms. Denise Merrill | Secretary of State | Connecticut Secretary of State's Office | Post Office Box 150470 | | Hartford, CT 06115-0470 | Dear Secretary Merrill: |
| Mr. Jeffrey W. Bullock | Secretary of State | Delaware Secretary of State's Office | 401 Federal Street | | Dover, DE 19901-3639 | Dear Secretary Bullock: |
| Ms. Lauren Vaughn | Secretary of the District of Columbia | Office of the Secretary of the District of Columbia | 1350 Pennsylvania Avenue, NW, Suite 419 | | Washington, DC 20004-3003 | Dear Secretary Vaughn: |

| Name | Title | Office | Address | City, State ZIP | Salutation |
|---|---|---|---|---|---|
| Mr. Ken Detzner | Secretary of State | Florida Secretary of State's Office | Suite 100, R.A. Gray Building | Tallahassee, FL 32399 | Dear Secretary Detzner: |
| Mr. Brian Kemp | Secretary of State | Georgia Secretary of State's Office | Suite 802, West Tower; 2 Martin Luther King Jr. Drive, SE | Atlanta, GA 30334-4800 | Dear Secretary Kemp: |
| Mr. Ray Tenorio | Lieutenant Governor | Office of the Lieutenant Governor of Guam | Post Office Box 2950 | Hagatna, GU 96932-2950 | Dear Lieutenant Governor Tenorio: |
| Mr. Shan S. Tsutsui | Lieutenant Governor | Office of the Lieutenant Governor of Hawaii | State Capitol | Honolulu, HI 96813-2477 | Dear Lieutenant Governor Tsutsui: |
| Mr. Lawrence Denney | Secretary of State | Idaho Secretary of State's Office | Post Office Box 83720; Suite 203, State Capitol Building | Boise, Idaho 83720-0080 | Dear Secretary Denney: |
| Mr. Jesse White | Secretary of State | Illinois Secretary of State's Office | 213, State Capitol Building | Springfield, IL 62756-0001 | Dear Secretary White: |
| Ms. Connie Lawson | Secretary of State | Indiana Secretary of State's Office | 200 West Washington Street, Room 201 | Indianapolis, IN 46204-2731 | Dear Secretary Lawson: |
| Mr. Paul Pate | Secretary of State | Iowa Secretary of State's Office | 1st Floor, Lucas Building; 321 East 12th Street | Des Moines, IA 50319-1002 | Dear Secretary Pate: |
| Mr. Kris Kobach | Secretary of State | Kansas Secretary of State's Office | 120 Southwest 10th Avenue | Topeka, KS 66612-1594 | Dear Secretary Kobach: |
| Ms. Alison Lundergan-Grimes | Secretary of State | Kentucky Secretary of State's Office | 700 Capitol Avenue, Suite 152 | Frankfort, KY 40601-3493 | Dear Secretary Grimes: |
| Mr. Tom Schedler | Secretary of State | Louisiana Secretary of State's Office | Post Office Box 94125 | Baton Rouge, LA 70804-4125 | Dear Secretary Schedler: |
| Mr. Matt Dunlap | Secretary of State | Maine Secretary of State's Office | 148 State House Station | Augusta, ME 04333-0148 | Dear Secretary Dunlap: |
| Mr. John Wobensmith | Secretary of State | Maryland Secretary of State's Office | 16 Francis Street | Annapolis, MD 21401-1736 | Dear Secretary Wobensmith: |
| Mr. William Galvin | Secretary of the Commonwealth | Office of the Secretary of the Commonwealth | Room 337, State House | Boston, MA 02133-1098 | Dear Secretary Galvin: |
| Ms. Ruth Johnson | Secretary of State | Michigan Secretary of State's Office | 430 West Allegan Street 4th Floor | Lansing, MI 48918-1592 | Dear Secretary Johnson: |
| Mr. Steve Simon | Secretary of State | Minnesota Secretary of State's Office | 180 State Capitol; 100 Rev. Dr. Martin Luther King Jr. Boulevard | St. Paul, MN 55155-1299 | Dear Secretary Simon: |
| Mr. Delbert Hosemann, Jr. | Secretary of State | Mississippi Secretary of State's Office | 125 South Congress Street; Post Office Box 136 | Jackson, MS 39201-3301 | Dear Secretary Hosemann: |
| Mr. Jason Kander | Secretary of State | Missouri Secretary of State's Office | Post Office Box 2801 | Jefferson City, MO 65101-1767 | Dear Secretary Kander: |
| Ms. Linda McCulloch | Secretary of State | Montana Secretary of State's Office | Post Office Box 202801 | Helena, MT 59620-2801 | Dear Secretary McCulloch: |
| Mr. John Gale | Secretary of State | Nebraska Secretary of State's Office | Post Office Box 94608 | Lincoln, NE 68509-4608 | Dear Secretary Gale: |
| Ms. Barbara Cegavske | Secretary of State | Nevada Secretary of State's Office | 101 North Carson Street, Suite 3 | Carson City, NV 89701-3714 | Dear Secretary Cegavske: |
| Mr. Bill Gardner | Secretary of State | New Hampshire Secretary of State's Office | Post Office Box 204, State House | Concord, NH 03301-4989 | Dear Secretary Gardner: |
| Mr. Kim Guadagno | Lieutenant Governor | Office of the Lieutenant Governor | Post Office Box 001 | Trenton, NJ 08625-0001 | Dear Lieutenant Governor Guadagno: |
| Mr. Brad Winter | Secretary of State | New Mexico Secretary of State's Office | 325 Don Gaspar Avenue, Suite 300 | Santa Fe, NM 87501-4401 | Dear Secretary Winter: |
| Ms. Rossana Rosado | Secretary of State | New York Secretary of State's Office | 99 Washington Avenue, Suite 1100 | Albany, NY 12231-2811 | Dear Secretary Rosado: |
| Ms. Elaine Marshall | Secretary of State | North Carolina Secretary of State's Office | Post Office Box 29622 | Raleigh, NC 27626-0622 | Dear Secretary Marshall: |
| Mr. Alvin Jaeger | Secretary of State | North Dakota Secretary of State's Office | 600 East Boulevard Avenue, Department 108 | Bismarck, ND 58505-0500 | Dear Secretary Jaeger: |
| Mr. Jon Husted | Secretary of State | Ohio Secretary of State's Office | 180 East Broad Street, 16th Floor | Columbus, OH 43215-3726 | Dear Secretary Husted: |
| Mr. Chris Benge | Secretary of State | Oklahoma Secretary of State's Office | 2300 North Lincoln Boulevard, Suite 101 | Oklahoma City, OK 73105-4897 | Dear Secretary Benge: |
| Mr. Pedro A. Cortes | Secretary of State | Pennsylvania Secretary of State's Office | 302 North Office Building | Harrisburg, PA 17120-0029 | Dear Secretary Cortes: |
| Ms. Jeanne Atkins | Secretary of State | Oregon Secretary of State's Office | 136 State Capitol | Salem, OR 97310-0722 | Dear Secretary Atkins: |
| Mr. Victor Suarez Melendez | Secretary of State | Puerto Rico Secretary of State's Office | Post Office Box 9023271 | San Juan, PR 00902-3271 | Dear Secretary Melendez: |
| Ms. Nellie Gorbea | Secretary of State | Rhode Island Secretary of State's Office | 82 Smith Street Room 217 | Providence, RI 02903-1120 | Dear Secretary Gorbea: |
| Mr. Mark Hammond | Secretary of State | South Carolina Secretary of State's Office | 1205 Pendleton Street, Suite 525 | Columbia, SC 29201-3745 | Dear Secretary Hammond: |
| Ms. Shantel Krebs | Secretary of State | South Dakota Secretary of State's Office | 500 East Capitol Avenue, Suite 204 | Pierre, SD 57501-5007 | Dear Secretary Krebs: |
| Mr. Tre Hargett | Secretary of State | Tennessee Secretary of State's Office | First Floor, State Capitol | Nashville, TN 37243-0305 | Dear Secretary Hargett: |
| Mr. Carlos Cascos | Texas Secretary of State | Texas Secretary of State's Office | Post Office Box 12697 | Austin, TX 78711-2697 | Dear Secretary Cascos: |
| Mr. Spencer Cox | Lieutenant Governor | Office of the Lieutenant Governor of Utah | Post Office Box 142325 | Salt Lake City, UT 84114-2325 | Dear Lieutenant Governor Cox: |
| Mr. Jim Condos | Secretary of State | Vermont Secretary of State's Office | 128 State Street | Montpelier, VT 05633-0000 | Dear Secretary Condos: |
| Mr. Osbert Potter | Lieutenant Governor | Office of the Lieutenant Governor of Virgin Islands | 1131 King Street, Suite 101 | St. Croix, VI 00820-4971 | Dear Lieutenant Governor Potter: |
| Ms. Kelly Thomasson | Secretary of the Commonwealth | Office of the Secretary of the Commonwealth | Post Office Box 2454 | Richmond, VA 23218-2454 | Dear Secretary Thomasson: |
| Mr. Kim Wyman | Secretary of State | Washington Secretary of State | Post Office Box 40220 | Olympia, WA 98504-0220 | Dear Secretary Wyman: |
| Ms. Natalie Tennant | Secretary of State | West Virginia Secretary of State's Office | Suite 157K, Building 1; 1900 Kanawha Boulevard | Charleston, WV 25305-0009 | Dear Secretary Tennant: |
| Mr. Douglas La Follette | Secretary of State | Wisconsin Secretary of State's Office | Post Office Box 7848 | Madison, WI 53707-7848 | Dear Secretary La Follette: |
| Mr. Ed Murray | Secretary of State | Wyoming Secretary of State's Office | 2020 Carey Avenue, Suite 600 | Cheyenne, WY 82002-0001 | Dear Secretary Murray: |

HEADQUARTERS
UNITED STATES POSTAL SERVICE

# Processing Operations Management Order



## Operational Clean Sweep Search Checklist- Political and Election Mail

***Purpose:*** *To provide an operational checklist to be used in performing a daily mail search. This list includes the minimal areas to check and is not limited to these areas within facility. Checklist must be retained by the District Political and Election Mail Operations Coordinator information for investigating possible missing or delayed Political and/or Election Mail.* ***District:*** _____ ***Name:*** _____

***Title:*** _____ ***Phone #:***_____

| Check box when checked | Section/Operation: Defines the work area to be searched. | Comments: Specifics: include copies of PMOD label and /or container placard. Names of individuals contacted |
|---|---|---|
| ☐ | ***Incoming dock*** | |
| ☐ | ***BMEU & BMEU Plant Staging*** | |
| ☐ | ***Opening units*** | |
| ☐ | ***AO / Station dispatch area*** | |
| ☐ | ***Outbound dock*** | |
| ☐ | ***Outgoing Dispatch Area*** | |
| ☐ | ***Trailers in yard (Yard Check)*** | |
| ☐ | ***MTE Plant Staging Area*** | |
| ☐ | ***MTE trailers*** | |
| ☐ | ***Site MTESC*** | |
| ☐ | ***PARS Staging and Operations*** | |
| ☐ | ***Rewrap Operations*** | |
| ☐ | ***CFS (if applicable)*** | |
| ☐ | ***BRM/Postage Due*** | |

23