United States District Court
for the
Southern District of Florida

| | | |
|---|---|---|
| 1199SEIU United Healthcare Workers East, Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 20-24069-Civ-Scola |
| Louis DeJoy and United States Postal Service, Defendant. | ) ) ) | |

### Non-Final Order on the Plaintiff's Emergency Motion for Preliminary Injunction

The Court held a hearing in this matter on October 22, 2020 at 11:00 a.m. Counsel for both the Plaintiff and government appeared and presented evidence, certain sworn declarations and arguments on the Plaintiff's emergency motion for preliminary injunction for the Court's consideration. (ECF No. 45.) At the hearing, both the Plaintiff and the government admitted exhibits and affidavits by stipulation. The Plaintiff admitted a mix of 11 exhibits and declarations, which had previously been filed with the Court via CM/ECF as attachments to ECF Nos. 28 and 43. Plaintiff's declarations included sworn statements from Dale Ewart, Executive Vice President and Florida Regional Director for 1199SEIU United Healthcare Workers East and Professor Daniel A. Smith, Professor and Chair of Political Science at the University of Florida. The government admitted a mix of 19 exhibits and declarations, which had also previously been filed with the Court in advance of the hearing via CM/ECF as attachments to ECF No. 44.

Having considered the parties' arguments, the Court **orders** the following:

- This hearing is set to be continued by videoconference on October 28, 2020 at 9:00 a.m. with Zoom credentials to be provided by the Court in a separate order;
- Prior to the next hearing, the parties shall continue to meet and confer in an effort to come up with reasonable feasible methods to ensure that all ballots in Florida are timely delivered by the United States Postal Service in accordance with Florida law so they may be counted in the upcoming election on November 3, 2020; and
- Should the parties reach a full agreement on the matters raised by the Plaintiff in its emergency motion after their conferral, they must notify

the Court by 3:00 p.m. on October 27, 2020, however, if a full
agreement is not reached, the parties must submit a memorandum to
the Court detailing what agreements have been reached and what issues
remain to be solved by the Court by that same deadline.

**Done and ordered** in Miami, Florida, on October 22, 2020.

Robert N. Scola, Jr.
United States District Judge