IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| 1199SEIU UNITED HEALTHCARE WORKERS EAST, | No. 1:20-cv-24069-RNS |
| Plaintiff, | Hon. Robert N. Scola, Jr., District Judge |
| v. | |
| LOUIS DEJOY, Postmaster General and Chief Executive Officer of the United States Postal Service; and the UNITED STATES POSTAL SERVICE, | Hon. Jonathan Goodman, Magistrate Judge |
| Defendants. | |

# EXHIBIT A
Declaration of Michael A. Caballero

**JOINT MEMORANDUM OF THE PARTIES**

**OCTOBER 27, 2020**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| 1199SEIU United Healthcare Workers East,<br><br>Plaintiff,<br><br>v.<br><br>Louis DeJoy, Postmaster General, United States Postal Service, and the United States Postal Service,<br><br>Defendants.<br>_____ | NO. 1:20-cv-24069-RNS |

## DECLARATION OF MICHAEL A. CABALLERO

I, Michael A. Caballero, under penalty of perjury and in lieu of affidavit as permitted by 28 U.S.C. § 1746, hereby declare as follows

1. I have been with the Postal Service for 27 years. In that time I have been a supervisor of delivery and retail, and manager of delivery and retail. From 2015 to August of 2020 I was detailed to a variety of analyst positions in marketing and retail within the Southern Area, and at HQ. Currently, I am a Bulk Mail Entry Customer Service Program Analyst. I currently spend the majority of my time working as the Southern Area Political and Election Mail Coordinator.

2. As the Southern Area Political and Election Mail Coordinator, I am responsible for coordinating and facilitating Election Mail activities in Florida. I do this through three

regional Election Mail coordinators who oversee activities in the Suncoast, Gulf Atlantic, and South Florida regions of Florida. These coordinators work with the postmasters and operations teams in Florida to make sure that we are coordinating with local election supervisors and Boards of Elections (BoEs) and that our operations team has the resources they need. The information in this declaration was gathered in consultation with these coordinators and their teams.

3. This declaration is intended to provide information to demonstrate the Postal Service's efforts to ensure that ballots are promptly delivered in in Florida, particularly in terms of 1) the hub-and-spoke process being employed in Florida to rapidly deliver ballots to Florida election officials and 2) the status of arrangements with those officials and the Postal Service's outreach efforts to them.

4. The Suncoast region services the Brevard, Charlotte, Collier, De Soto, Flagler, Hardee, Hendry, Hernando, Highlands, Hillsborough, Indian River, Lake, Lee, Manatee, Orange, Osceola, Pasco, Pinellas, Polk, Putnam, Sarasota, Seminole, Sumter, and Volusia BoEs.

5. Gulf Atlantic services the Alachua, Baker, Bay, Bradford, Calhoun, Citrus, Clay, Columbia, Dixie, Duval, Escambia, Franklin, Gadsden, Gilchrist, Gulf, Hamilton, Holmes, Jackson, Jefferson, Lafayette, Leon, Levy, Liberty, Madison, Marion, Nassau, Okaloosa, Saint Johns, Santa Rosa, Suwannee, Taylor, Union, Wakulla, Walton, and Washington BoEs.

6. South Florida services the Broward, Glades, Martin, Miami-Dade, Monroe, Okeechobee, Palm Beach, and Saint Lucie BoEs.

7. Of the counties Plaintiff expressed particular concern about, Miami-Dade, Broward, and Palm Beach are located in South Florida. Hillsborough, Pinellas, Orange, Brevard, Lee, and Seminole are located in Suncoast. Duval is located in Gulf Atlantic.

**Hub-and-spoke efforts**

8. Hub-and-Spoke refers to a process where, rather than delivering ballots to processing plants for sortation, local offices separate ballots from other mail, and deliver them, through a chain of other retail locations, to a central "hub" office, which then hands those ballots off to local election officials. The Postal Service, in its extraordinary efforts memorandum, authorized all offices to employ this method to deliver ballots on November 2-3 to ensure that as many ballots are delivered as possible, but gave offices the flexibility to implement it based on their own capabilities and staffing needs.

9. On November 2, offices in Florida which normally handle mail directed to those BoEs will begin sending ballots directly to those BoEs rather than to processing plants. Offices that are not local to BoEs will continue to send ballots to processing plants, and ballots sent to non-local destinations, such as out of state, will continue to be sent to processing plants. Those plants will be regularly swept for ballots to make sure that all ballots are sorted and moved to their destinations as quickly as possible. The plants will deliver ballots on November 3rd throughout the day, and will coordinate with state officials who wish to pick up ballots directly at the plants.

10. On November 3rd, all facilities will use a hub-and-spoke system to get ballots to BoEs. All offices will transport ballots either directly to the BoE, or to another office for transportation. Small offices that close earlier will bring all ballots to another spoke office after they close, who will transport them to the hub office. Everything has been

planned so that the last ballots coming from those facilities will arrive at the final USPS handoff no later than 6:30pm. Non-local ballots will be, to the extent physically possible, transported to their local BoE through coordination with other regions.

**Contact with BoEs to make election arrangements**

11. All of the Election Mail coordinators in Florida have facilitated discussions with BoEs, either themselves or through postmasters that they oversee. Some postmasters have engaged in additional outreach in addition to this. This section represents a non-comprehensive list of outreach to election officials, a broad summary of the arrangements made and a more detailed summary of election arrangements made with the BoEs of the 10 counties of particular concern to the plaintiffs. Documents with more detailed summaries of the other counties are attached.

12. The Suncoast region holds teleconferences every Wednesday between Postal Employees and any BoEs that wish to attend. Generally, between 3-10 BoEs attend each call, and discuss any questions or issues that they have. Postal Service employees have also reached out separately to each BoE. A number of BoEs have made arrangements to pick up ballots from Postal Service facilities. For any BoEs who do not wish to do so, the Postal Service will deliver ballots directly to their offices in time to be counted. The current plans, as they stood at the time I drafted this declaration, are attached.

13. The Gulf Atlantic region engages in regular outreach to election officials, and held a teleconference with election officials several weeks ago to go through any issues that took place during the primary election, and how to avoid those issues in the general election. The general feedback received was that the primary election had gone smoothly, and similar measures should be employed for the general election. The Gulf

    Atlantic region has finalized plans with all counties within the region. The current plans, as they stood at the time of the drafting of this declaration, are attached.

14. The South Florida region engages in regular outreach and has made specific plans with every BoE within the region. The current plans, as they stood at the time of the drafting of this declaration, are attached.

15. In addition to this outreach, I drafted an email to be sent to every BoE to confirm that they are satisfied with the Postal Service's outreach, and asking them to let me know about any issues they have, so that I can make sure they are resolved prior to the election. I sent that email to the Florida Director of Elections, Maria Matthews, to send to each BoE. It was sent to the BoE's on October 26th 9:20 am CT.

16. I have received 3 responses from BoEs, Holmes County and Hillsborough reported that they are pleased with our coordination and have no complaints. Santa Rosa county reported that they had not received outreach about making specific plans for the 2nd and 3rd. After receiving that response from Santa Rosa, I reached out to appropriate Postal Service employees, and plans in that district are now finalized.

17. With respect to the ten counties the Plaintiff specifically identified, the current plan as of the time of the drafting of this declaration is below. More detailed descriptions of the status of plans in every county are attached.

18. In Miami-Dade, the BoE has scheduled pickups at the Miami General Mail Facility (GMF).

19. In Broward County, the BoE has scheduled pick-ups from the Alridge Station delivery unit, and will collect from that location as well as the Royal Palm P&DC.

20. In Palm Beach County, the BoE has scheduled pick-ups from the nearest Processing and Distribution Center (P&DC).

21. In Duval County, the BoE will be making pickups at a designated P.O. Box and at the General Mail Facility's Business Reply Mail window. Postal Service supervisors from every delivery office in Duval County will deliver any ballots collected to the Jacksonville Processing and Distribution Center prior to 6:50pm, where they will be postmarked, and collected by a designated driver from the Board of Elections.

22. In Hillsborough County, the BoE has requested the same arrangement as in past elections. The BoE will pick up ballots several times throughout the day at the Palm River Carrier Annex, with the last pickup being at 6 or 6:30 pm. The annex will make a delivery trip with any final ballots after this, to arrive no later than 7 pm. The BoE will also send a driver to the P&DC at 6:30, who will remain there to take custody of any last minute ballots until 7pm.

23. In Pinellas County, the BoE plans to pick up ballots from the Largo post office 3 times during the two days prior to the election. Any ballots received after the last pickup will be delivered to the BoE. The BoE supervisor and Largo postmaster regularly speak by cell phone to coordinate and will increase communication during the two days before the election.

24. In Orange County, all post offices will hub-and-spoke ballots to the Dixie Village post office. The SoE will pick up ballots at 5:30 pm, and will make a second pickup at 6:30 pm if any new ballots come in.

25. In Brevard County, the BoE will pick up ballots twice a day on November 2-3. We will remain in contact with the BoE as necessary to make sure all ballots are delivered.

26. In Lee County, the BoE plans to pick up ballots from a PO Box at the downtown post office. We have reached out to the BoE about a second pick up location at Cape Coral, and are awaiting a response.

27. In Seminole County, the Sanford post office, which is across the street from the BoE will bring all ballots to the BoE at 6:30 pm. Any additional ballots arriving after 6:30 will be brought to the BoE before 7pm.

28. While the above plans were accurate to the best of my knowledge at the time this declaration was drafted, some plans may need to be adjusted at the request of BoEs or due to operational needs.

Executed at Lubbock, Texas, on this 27th day of October, 2020

_____
MICHAEL A. CABALLERO

| DISTRICT | id | COUNTY | Comments | |
|---|---|---|---|---|
| Suncoast | 388956 | Brevard County | The supervisor of elections is coming to pick up twice a day on Monday and Tuesday with the last ballots being hand delivered that evening. The offices here in Melbourne will have ballot drop off points throughout the city for the carriers to leave their ballots with a supervisor who will take them to the Apollo Annex and have one person drive them to Suntree. We are still working out the times and locations of these drop-off points. We will be in contact with the SOE to make any changes necessary to get all ballots delivered and | |
| Suncoast | 388959 | Charlotte County | 1: Are you using a hub-and-spoke system? If so, what are the details about when that will start and what it will consist of. If not, why not.<br>Yes starting Monday 11/2.<br>a) If there will be a hub and spoke, we'd appreciate your confirming that all postal facilities in the county will be connected to a hub?  And if not – how those other facilities will handle ballots on those two days?<br>Yes.  Communication with the Englewood Postmaster has been made.  And is in place for connection.<br><br>2: What is the status of arrangements with each of the election supervisors in Florida (Have we made pick-up/drop-off plans with them yet, what are they,  etc.).<br>Yes. Communications have been made with supervisor of elections for charlotte county.  Starting Monday 11/2 the SOE will pick up in the AM and PM.  Additional delivery will be made if needed.  EAS scheduled Tuesday 11/3 PM to confirm. | PUNTA GORDA |
| Suncoast | 388962 | Collier County | 1: Are you using a hub-and-spoke system? If so, what are the details about when that will start and what it will consist of. If not, why not.<br>a) If there will be a hub and spoke, we'd appreciate your confirming that all postal facilities in the county will be connected to a hub?  And if not – how those other facilities will handle ballots on those two days?<br>             The surrounding Post Offices in Collier county ( Immokalee, Bonita Springs, and Marco Island, and all offices in Naples ) will have any ballots collected delivered to our E. Naples CAX by 1815 for delivery to the Collier County S.O.E prior to 1900 on Nov 3rd.<br><br>2: What is the status of arrangements with each of the election supervisors in Florida (Have we made pick-up/drop-off plans with them yet, what are they,  etc.). We currently deliver to the SOE every morning by 1000. If we have anything else throughout the day we will make another trip. As of 10/26, we are postmarking any ballots collected over our retail units and delivering to the SOE directly the next morning. On 11/3 we have plans in place to get any overnight ballots for Collier county to be delivered to the SOE prior to 1900. We will have good communication with our retail units and communicate with all carriers via our MDD scanners in order to accomplish this. | NAPLES |
| Suncoast | 388964 | De Soto County | 1: Are you using a hub-and-spoke system? If so, what are the details about when that will start and what it will consist of. If not, why not. Arcadia has a standing process in place for retrieving mail from late carriers.<br><br>2: What is the status of arrangements with each of the election supervisors in Florida (Have we made pick-up/drop-off plans with them yet, what are they,  etc.). I spoke to the SOE when final carrier has returned Tuesday evening (before 630) I will call the SOE cell phone and let him know I am on my way with any ballots received | ARCADIA |
| Suncoast | 388968 | Flagler County | 1: Are you using a hub-and-spoke system? If so, what are the details about when that will start and what it will consist of. If not, why not.<br>a) If there will be a hub and spoke, we'd appreciate your confirming that all postal facilities in the county will be connected to a hub?  And if not – how those other facilities will handle ballots on those two days?<br><br>Offices in Flagler County consist of Flagler, Palm Coast and Bunnell.<br>Palm Coast will be transport all ballots for Palm Coast and Flagler to the SOE office.<br>Bunnell will transport all ballots from Bunnell to the SOE office<br><br>2: What is the status of arrangements with each of the election supervisors in Florida (Have we made pick-up/drop-off plans with them yet, what are they,  etc.).<br><br>      Flagler SOE has a representative picking up mail twice a day.  Any ballots identified in collections at COB will be transported to the SOE office. | BUNNELL |
| Suncoast | 388975 | Hardee County | 1. Yes we have a plan. Bowling Green and Zolfo will be in contact on 11/2-11/3 to get ballots to me to get to the SOE.<br>2. Yes. I have the SOE's phone number and we are in contact. When all routes have returned and all mail collected any ballots will be connected with the SOE either with their people or myself taking it to them. For the primary the SOE sent me somebody to pick up. | WAUCHULA |
| Suncoast | 388976 | Hendry County | LaBelle Post Office 33935<br><br>1: Are you using a hub-and-spoke system? If so, what are the details about when that will start and what it will consist of. If not, why not.<br>a)          If there will be a hub and spoke, we'd appreciate your confirming that all postal facilities in the county will be connected to a hub?  And if not – how those other facilities will handle ballots on those two days?<br><br>Hub and Spoke …YES, Hendry County Supervisor of Elections sends someone to Fort Myers P&DC to pick up any Ballots that have arrived from Felda FL and Clewiston FL., a Hendry County Employee picks up ballots from LaBelle FL<br><br>2: What is the status of arrangements with each of the election supervisors in Florida (Have we made pick-up/drop-off plans with them yet, what are they,  etc.).<br><br>Hendry County Supervisor of Elections sends someone to LaBelle Post Office several times during the day to collect ballots, the last trip being at 5:00PM (closing time).  If someone should come to the Post Office after we close and has a ballot I personally take it to the Supervisor of Elections office, which is only about 2 | LABELLE |

| | | | | |
|---|---|---|---|---|
| Suncoast | 388977 | Hernando County | SOE Pick-up: The Hernando County SOE picks up directly from all offices between 1800-1830. This has been communicated with the SOE, and the SOE will have a representative at each Hernando County Post Office between 1800 and 1830 for pick-up. | |
| Suncoast | 388978 | Highlands County | On the 3rd, All other Highlands County Offices will be hubbing to Sebring at 630pm at which point Sebring will hand over to the SOE. | SEBRING |
| Suncoast | 388979 | Hillsborough County | Tampa the SOE has requested that we follow what has been set up and followed in the past elections.<br><br>Palm River Station and the Tampa MOWU we will follow the SOE requests<br>On election day, November 3rd, 2020 our office (SOE) will have three (3) pickups at the Palm River Carrier Annex (9860 Currie Davis Dr, Tampa):<br>1.     8:30 am,<br>2.     2:00 pm, and<br>3.     6/6:30 pm<br>SOE will also pickup at the Tampa P&DC (3501 Bessie Coleman Blvd, Tampa) at 6:30 pm, and will remain on site until 7 pm.<br>Palm River Carrier Annex make a final drop-off of any remaining Vote By Mail ballots to our Elections Service Center (2514 N. Falkenburg Rd, Tampa) NLT 7 pm<br><br>All other Tampa stations have hub and spoke set up to meet every carrier at 1200 and again at 1500 on Monday and Tuesday. This mail is being taken direct to the Tampa P&DC.<br>All Ballots that are collected over the window or dropped at the window or collection boxes will be taken directly to the plant by 6:00pm on Tuesday | |
| Suncoast | 388981 | Indian River County | Attached (Sheet provided by LPO, attached as separate sheet in this file) is the hub and spoke plan for Vero Beach. We will have a designated collector to hit each of these locations and bring the ballots to SOE. We will be using RIMS messaging to communicate with our carriers. | VERO BEACH |
| Suncoast | 388985 | Lake County | I have contacted the 2 POOM's who have Post Offices in Lake County and they are going to set up satellite hubs at 4 Post Offices that will transport ballots to the Tavares Post Office for delivery to the Supervisor of Elections office for Lake County. Monday and Tuesday ballots will not be sent to the plant but (hand canceled) and brought to the Tavares Post Office. | TAVARES |
| Suncoast | 388986 | Lee County | Here are the responses for MPOO 5:<br><br>1: Are you using a hub-and-spoke system? If so, what are the details about when that will start and what it will consist of. If not, why not.<br>a) If there will be a hub and spoke, we'd appreciate your confirming that all postal facilities in the county will be connected to a hub? And if not – how those other facilities will handle ballots on those two days?<br><br>A hub-and-spoke operations will be coordinated for all MPOO 5 offices for November 2 & 3 in compliance with the Extraordinary Measures letter set by HQ.<br><br>2: What is the status of arrangements with each of the election supervisors in Florida (Have we made pick-up/drop-off plans with them yet, what are they, etc.).<br><br>We do have a coordinated pick up/drop off in our Downtown Office where the SOE has a PO Box. We are awaiting response from the SOE for a separate Cape Coral arrangement. | |
| Suncoast | 388991 | Manatee County | Yes Bradenton city wide is doing a Hub and spoke each office doing one on election day. All mail will be collected and any Ballots will be collected and taken to the Bradenton Main<br>by 16:00. In the evening as the carriers are coming off the street all ballots will be collected and sent to the Main office were the SOE will pick up remaining<br>Ballots by 18:30.  If carriers pick up Ballots after the hub and spoke and the carrier will be past 18:30 they wil call or text supervisor and supervisor will make arrangement<br>To pick up these Ballots so we can get Ballots to the Main by 18:30 | BRADENTON CA 34205 |
| Suncoast | 388999 | Orange County | QUESTION #1:<br>1. Monday November 2nd and Tuesday November 3rd offices that service or are in close proximity to a local BOE.  Ballots are to be postmarked in the local retail unit, then hubbed to the BOE, prior to the cut-off for the day.<br>2. For the offices that are non-local to the BOE they will establish a hub-and-spoke process specifically for transporting ballots on Election Day, November 3rd to the BOE prior to the cutoff time.  They will coordinate trips around cut-off times to avoid making the same hub/spoke run multiple times per day.<br>3. We will utilize MDD communication within contractile expectations to make sure we have captured all available ballots.<br>QUESTION #2:<br>All Orlando Post Offices will rally ballots at the Dixie Village Post Office. They have already made arrangements for the SOE to come pick-up all ballots at 5:30pm, and then will make a second pick-up at | DIXIE |
| Suncoast | 389000 | Osceola County | 1: Are you using a hub-and-spoke system? If so, what are the details about when that will start and what it will consist of. If not, why not.<br><br>Yes.  Each Collection Box will be pulled twice on Election Day with the individual boxes being assigned to each carrier so there is coverage throughout the city of Kissimmee.  In addition, any carrier that picks up a Ballot is going to RIM's message the office and we will have a special collector assigned to retrieve these Ballots.<br><br>2: What is the status of arrangements with each of the election supervisors in Florida (Have we made pick-up/drop-off plans with them yet, what are they, etc.).<br><br>What is currently planned is the Osceola County SOE office will have a courier stationed at the Kissimmee Main Office up until 7:00 PM and will transport any Ballots received up until that time to the SOE office.  I have a meeting with the Supervisor of Elections tomorrow and we will make final adjustments to this plan. | KISS MAIN |
| Suncoast | 389002 | Pasco County | 1.)    Dade City will be utilizing a hub and spoke system for surrounding AO's of Pasco county. It has already begun for offices receiving late arriving ballots.<br>2.) We have spoke with the Pasco county SOE and we will have to late night pick-up/deliveries on 11/3 and 11/4 to ensure all ballots will be delivered timely. | DADE CITY |

| District | ID | County | Response | Notes |
|---|---|---|---|---|
| Suncoast | 389003 | Pinellas County | Largo Main Post Office is the main point of contact for the Supervisor of Elections in Pinellas County. We have a hub & spoke set up with all of the Pinellas County towns. Currently, the SOE picks up their mail at the Largo MPO at 1030. If, after they have picked up their mail (ballots), ballots are identified at a surrounding office or missent to a surrounding office, the office contacts Largo MPO and we make arrangements to pick it up or have one of their supervisors drive it to the Main post office and we deliver it to the SOE.<br><br>Beginning on 10/31/20, the Largo Main Post Office will receive an all clear from each post office in the Pinellas County. If ballots are received, a supervisor from that office will drive to the Largo Main Post Office and the Postmaster or Supervisor will deliver to the Supervisor of Elections. The Postmaster will certify with the MPOO that everything was delivered to the SOE each day.<br><br>Currently, the Supervisor of Elections picks up mail at 1030 Monday-Saturday at the Largo Main Post Office. In the final two days of the election (11/2 & 11/3), the SOE of elections will pick up at 1030, 1330 and 1630. If ballots are received after 1630, the Largo Main Post Office will deliver to the SOE. A sign off sheet is being developed as a pitch and catch with the SOE, similar to Dispatch Deviation form that we currently use throughout the District when mail misses their DOV and is brought to the plant. An all clear will be given to the MPOO each night in addition to the Political Mail Survey that the District utilizes. An all clear will be required from all offices in Pinellas County. We will use extraordinary efforts as needed to ensure that all ballots are delivered to the Supervisor of Elections. The Largo Postmaster and the SOE of Pinellas County | |
| Suncoast | 389004 | Polk County | Auburndale:<br><br>1) Is currently using a hub-and-spoke system for late arriving mail, an RCA or Management representative will take late mail to carriers with Express. If the carrier will be late and miss the final dispatch again an RCA, CCA, or Management Rep will collect mail for final dispatch.<br><br>2) On election day the Supervisor of Elections will pick up all ballots from the back dock twice, once in the morning and again later in the afternoon. After we close the Supervisor of Elections will be standing at their Post Office Box until 7PM for any late arriving ballots. | |
| Suncoast | 389005 | Putnam County | 1: Are you using a hub-and-spoke system? If so, what are the details about when that will start and what it will consist of. If not, why not. YES, HUB AND SPOKE IN EFFECT. ALL PALATKA CARRIERS ARE ASSIGNED A COLLECTION BOX TO DROP OFF OUTGOING LETTER MAIL OFF AND WILL BE PICKED UP BY AN ASSIGNED COLLECTOR TO BRING BACK TO POST OFFICE BY 2:30 PM<br><br>2: What is the status of arrangements with each of the election supervisors in Florida (Have we made pick-up/drop-off plans with them yet, what are they, etc.). I AM IN DIRECT CONTACT WITH A REP FROM THE PUTNAM COUNTY SOE AND WILL CONTACT THEM WITH ANY BALLOTS IN HAND FOR THEM THROUGHOUT THE DAY. | PALATKA |
| Suncoast | 389007 | Sarasota County | Sarasota county is handled out of the Sarasota Main Office.<br><br>1. There will be hub and spoke operations for the final week of election/political mail in my office. Every ballot will be delivered. Period. All political mail will be delivered as much as is possible to do so.<br>2. The mail arriving to the Sarasota Supervisor of Elections office will be coordinated directly through myself. My supervisor and clerk staff validate ballot arrival every morning to ensure timely pickup by the Sarasota SOE office by around 0730-0800. All postage due has been calculated at that time so it goes out as well. Throughout the day any arrival of additional ballots results in a conversation with myself and the Sarasota SOE manager, Susan McFarland. Any additional arrivals of ballots such as late processing by Manasota or ballot arrival via express results in a call to the SOE office. Either they come pick it up or I arrange for it to be brought to them – their choice.<br>3. Day of Election – throughout the day I will coordinate with the SOE office to ensure any and all ballots are taken from our processing facilities – to include the Manasota processing plant directly to the SOE office. Constant coordination between myself and the SOE office will occur. There will be no issues in Sarasota. There will be numerous calls to check and double check the clearance of any and all ballots. Ms. McFarland and I will make sure of it. | |
| Suncoast | 389008 | Seminole County | **QUESTION #1:**<br>1. Monday November 2nd and Tuesday November 3rd offices that service or are in close proximity to a local BOE. Ballots are to be postmarked in the local retail unit, then hubbed to the BOE, prior to the cut-off for the day.<br>2. For the offices that are non-local to the BOE they will establish a hub-and-spoke process specifically for transporting ballots on Election Day, November 3rd to the BOE prior to the cutoff time. They will coordinate trips around cut-off times to avoid making the same hub/spoke run multiple times per day.<br>3. We will utilize MDD communication within contractile expectations to make sure we have captured all available ballots.<br>**QUESTION #2:**<br>All 327 Post Offices will bring ballots to Sanford PO by 6pm, Sanford PO is directly across the street from the Seminole SOE - at 6:30 Sandford PO will bring all ballots to SOEs office, and any additional ballots will be brought to SOE to them before 7PM final cut-off. | |

| | | | | |
|---|---|---|---|---|
| Suncoast | 389009 | Sumter County | For Sumter County:<br><br>The Supervisor of Elections is located in Wildwood Fl, but all Vote by Mail ballots are mailed to the SOE annex building here in Bushnell.  I work directly with Deputy Clerk Kaley Howard on all issues concerning Vote by Mail ballots.  There are eight post offices in Sumter County.  They are as follows:<br>• Bushnell 33513<br>• Center Hill 33514<br>• Coleman 33521<br>• Lake Panasoffkee 33538<br>• Oxford 34484 Dispatch to Jacksonville<br>• Sumterville 33585<br>• Webster 33597<br>• Wildwood 34785 Dispatch to Orlando<br>Additionally there are two post offices that service addresses in Sumter County.  They are as follows:<br>• Lady Lake 32159 in Lake County Dispatch to Orlando<br>• Summerfield 34491 in Marion County Dispatch to Jacksonville<br><br><br>On Monday 11/02/2020 we will dispatch all ballots to the plant for cancelling.  All of the post offices dispatch to Tampa plant except for Wildwood and Lady Lake which dispatched to Orlando plant.  And Oxford and Summerfield dispatch to Jacksonville.  Oxford and Summerfield would need to pull any ballots for Sumter County and hold them over night on Monday.<br><br>On Tuesday 11/03/2020 we will Hub and Spoke all ballots to the Bushnell Post Office.  The Postmaster from each office will bring any ballots they have to my office and I will consolidate them and deliver them to the SOE annex before 19:00. | BUSHNELL APO |
| Suncoast | 389015 | Volusia County | Volusia County Offices:<br><br>Ormond Beachside – Hub – Depart at 18:00 for Deland<br>Ormond Beach<br>New Smyrna Beach<br>Port Orange<br>Flagler Beach<br><br>Deland – Hub – Depart at 18:30 for SOE<br>Pierson/Seville/Barberville<br>Lake Helen/Cassadaga<br>De Leon Springs<br>Orange City/Debary<br>Edgewater<br><br><br>a) If there will be a hub and spoke, we'd appreciate your confirming that all postal facilities in the county will be connected to a hub?  And if not – how those other facilities will handle ballots on those two days?<br><br>2: What is the status of arrangements with each of the election supervisors in Florida (Have we made pick-up/drop-off plans with them yet, what are they,  etc.).  currently SOE picks up ballots in the AM we drop off any ballots received with Express.  Last two days, ballots will be pulled out of collection and stamped and given to the SOE before 7pm. | DELAND PO |

| DISTRICT | id | COUNTY | Comments |
|---|---|---|---|
| Gulf Atlantic | 388952 | Alachua County | PO Box pick up at 8:30am, Station Manager will deliver ballots received throughout the day by 7:00pm |
| Gulf Atlantic | 388953 | Baker County | Carrier will provide normal delivery, Postmaster will deliver ballots received throughout the day by |
| Gulf Atlantic | 388954 | Bay County | Normal delivery in the morning, on election day a special early run will take place to the office and all collected ballots throughout the day will be consolidated and delivered to the SOE office prior to 7 PM. |
| Gulf Atlantic | 388955 | Bradford County | PO Box county pick up 10am, Post Office to deliver ballots at 1:00pm and all received prior to 5:00pm closing |
| Gulf Atlantic | 388958 | Calhoun County | Normal street delivery, communication will occur for ballots received throughout the day, any received will be delivered by the Postmaster |
| Gulf Atlantic | 388960 | Citrus County | PO Box county pick up 10:45am, ballots received throughout the day here and surrounding offices will be collected and delivered by 6:00pm |
| Gulf Atlantic | 388961 | Clay County | County will pick up that morning around 10am, a phone call will be made to connect ballots received throughout the day |
| Gulf Atlantic | 388963 | Columbia County | Carrier will provide normal delivery, Postmaster will deliver ballots received throughout the day by |
| Gulf Atlantic | 388965 | Dixie County | PO Box county pick around 2:00 and again at 6:00 |
| Gulf Atlantic | 388966 | Duval County | County will pick up at POBox office and the GMF caller/BRM window.  On Election Day carriers will pull ballots from their collection mail and hand them over to their supervisor.  Supervisors will exchange ballots around the city, and after exchange, a designated supervisor makes delivery to the SOE.  A supervisor from each delivery office in Duval County will deliver any ballots collected that day to the Jacksonville P&DC prior to 6:50pm.  This will be coordinated with the Jacksonville Postmaster and the Managers of Customer Service Operations and their Managers.  A team within the plant will be round date these ballots 11/3/20.  I have verified that a designated driver will pick up all available ballots at 7:00pm. |
| Gulf Atlantic | 388967 | Escambia County | Ballots will be sent from carrier section to the Main Office Box Section, county will pick up in the morning. Managers from the other city offices will bring ballots to the main office at 5:30pm and contact will be made with the county for pick up between 5:00-6:00pm. |
| Gulf Atlantic | 388969 | Franklin County | Carrier will provide normal delivery, Postmaster will deliver ballots received throughout the day by |
| Gulf Atlantic | 388970 | Gadsden County | PO Box county pick up at 10am & 6pm with communication throughout the day |
| Gulf Atlantic | 388971 | Gilchrist County | Normal delivery by carrier, additional ballots after delivery will be delivered by Postmaster or designated employee prior to 7:00pm |
| Gulf Atlantic | 388973 | Gulf County | Normal delivery from the carrier, ballots received that day in colletions will be delivered by Carrier/Postmaster by 7:00pm |
| Gulf Atlantic | 388974 | Hamilton County | Normal delivery by carrier, additional ballots after delivery will be delivered by Postmaster or designated employee |
| Gulf Atlantic | 388980 | Holmes County | Carrier will provide normal delivery, additional pick up at 3:15pm, additional ballots after delivery will be delivered by Postmaster or designated employee |
| Gulf Atlantic | 388982 | Jackson County | PO Box county pick up, will stay in contact throughout the day for additional ballots received to arrange exchange |
| Gulf Atlantic | 388983 | Jefferson County | Normal delivery then the county will pick up remainder after 5:30pm |
| Gulf Atlantic | 388984 | Lafayette County | PO Box county pick up 10:30am and again mid afternoon, Post Office to deliver ballots received through closing by 7:00pm |
| Gulf Atlantic | 388987 | Leon County | County will pick up in the morning and again at 7:00pm |
| Gulf Atlantic | 388988 | Levy County | Normal delivery and contact made throughout the day for additional ballots received to arrange |
| Gulf Atlantic | 388989 | Liberty County | County to pick up at 10:00am, will stay in contact throughout the day. Postmaster will hand deliver ballots recevied prior to 7:00pm |
| Gulf Atlantic | 388990 | Madison County | PO Box county pick up about 11:00am, hand delivery scheduled for ballots received throughout the |
| Gulf Atlantic | 388992 | Marion County | PO Box county pick up in the morning, county will pick up again around 5:30pm, any ballots from the other city offices aftrer 5:30 will be hand delivered to the county by 7:00pm |
| Gulf Atlantic | 388996 | Nassau County | PO Box county pick up in Fernandina Beach Box Section, will stay in contact throughout the day for additional ballots received to arrange exchange |
| Gulf Atlantic | 388997 | Okaloosa County | Carrier to delivery first thing in the morning, supervisor will make three trips to delivery available ballots 12:00, 17:00, 19:00 if necessary |
| Gulf Atlantic | 389009 | Saint Johns County | PO Box county pick up about 11:00am, hand delivery scheduled for ballots received throughout the |
| Gulf Atlantic | 389006 | Santa Rosa County | Carrier will provide normal delivery, Postmaster will deliver ballots received throughout the day by |
| Gulf Atlantic | 389012 | Suwannee County | Carrier will provide normal delivery, Postmaster will deliver ballots received throughout the day by |
| Gulf Atlantic | 389013 | Taylor County | PO Box county pickup in the morning, will stay in contact throughout the day. Postmaster will hand deliver ballots recevied prior to 7:00pm |
| Gulf Atlantic | 389014 | Union County | Carrier will provide normal delivery, county office is riught across the street, Postmaster will deliver ballots received throughout the day by 7:00pm |
| Gulf Atlantic | 389016 | Wakulla County | PO Box county pick up in the morning, additional pick ups will be scheduled on election day.  Upon return of th elast carrier a call will be made for the last of the ballots. |
| Gulf Atlantic | 389017 | Walton County | PO Box conty pick up in the morning, another pick up at 6:30pm unless notified earlier. |
| Gulf Atlantic | 389018 | Washington County | Carrier will provide normal delivery, after office closing the remainder will be hand delivered before close of polls |

| DISTRICT | id | COUNTY | Comments |
|---|---|---|---|
| South Florida | 388957 | Broward County | Peter Antonacci - Has scheduled pick-ups from the Delivery Unit, Alridge Station |
| South Florida | 388972 | Glades County | Aletris Farnam - Scheduled delivery to the SOE through 7pm Election Day |
| South Florida | 388993 | Martin County | Vicki Davis Scheduled delivery to the SOE through 7pm Election Day |
| South Florida | 388994 | Miami-Dade County | Christina White - Has scheduled pick-up scheduled from Delivery Unit, Miami GMF |
| South Florida | 388995 | Monroe County | Joyce Griffin - Has scheduled pick-ups from the Delivery Unit, Key West |
| South Florida | 388998 | Okeechobee County | Diance Hagan - Scheduled delivery to the SOE through 7pm Election Day |
| South Florida | 389001 | Palm Beach County | Wendy Link - Has scheduled pick-ups from Delivery Unit, WPB P&DC |
| South Florida | 389010 | Saint Lucie County | Gertrude Walker - Has scheduled delivery to the SOE through Election Day |