IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| 1199SEIU UNITED HEALTHCARE WORKERS EAST, | ) ) ) | No. 1:20-cv-24069-RNS |
| Plaintiff, | ) ) ) | Hon. Robert N. Scola, Jr., District Judge |
| v. | ) ) ) | Hon. Jonathan Goodman, Magistrate Judge |
| LOUIS DEJOY, Postmaster General and Chief Executive Officer of the United States Postal Service; and the UNITED STATES POSTAL SERVICE, | ) ) ) ) ) ) | |
| Defendants. | ) | |

# PLAINTIFF'S EXHIBIT 33

Exhibit 2 to October 23, 2020 S.D.N.Y. *Jones* Letter – "The U.S. Postal Service Issues New Service Performance Report for the Week of October 10th."

**SUPPLEMENTARY DECLARATION OF JONATHAN MANES**

**OCTOBER 27, 2020**

 

FOR IMMEDIATE RELEASE  
Oct. 23, 2020

Contact: David Partenheimer  
david.a.partenheimer@usps.gov  
usps.com/news

# The U.S. Postal Service Issues New Service Performance Report for the Week of October 10th

WASHINGTON, DC — The U.S. Postal Service provided new service performance data this week to the House Committee on Oversight and Reform and the Senate Homeland Security and Governmental Affairs Committee for the week of Oct. 10 through Oct. 16, 2020.

For the week of Oct. 10, the Postal Service reported 85.58 percent of First-Class Mail was delivered on time and 97.81 percent was delivered within two days of the service standard. For Marketing Mail, 86.00 percent was delivered on time and 97.25 percent was delivered within two days of the service standard.

Total mail volume surpassed 3.1 billion mailpieces for the week of Oct. 10, representing an increase of 23 percent, or more than half a billion additional mailpieces, compared to the average volume in September 2020. The most significant impact on mail volume has been a strong Fall 2020 mailing season, including an increase in political campaign mail.

The Postal Service remains steadfast in its commitment to, and focus on, delivering the nation's Election Mail and fulfilling its commitment to the American people. It will continue to take all necessary steps to expeditiously process and prioritize the delivery of ballots this Election season. Consistent with practices in past election cycles, the Postal Service has authorized and instructed the use of extraordinary measures, such as expedited handling, extra deliveries and special pickups, starting Oct. 26 through Nov. 24, 2020, to accelerate the delivery of ballots.

Key performance indicators for the week of Oct. 10 include:

- **First-Class Mail:** 85.58 percent of First-Class Mail was delivered on time, a 0.57 percent decrease from the week of Oct. 3
- **Marketing Mail:** 86.00 percent of Marketing Mail was delivered on time, a 3.17 percent decrease from the week of Oct. 3
- **Periodicals:** 77.43 percent of Periodicals were delivered on time, a 1.11 percent decrease from the week of Oct. 3

Service performance is defined by the Postal Service from acceptance of a mailpiece into our system through delivery, measured against published service standards. Mail volume is defined by the number of mailpieces entered into the U.S. Postal Service network.

The U.S. Postal Service's general recommendation is that, as a common-sense measure, voters should mail their completed ballot before Election Day, and at least one week prior to their state's deadline. Some states may recommend allowing even more time for mailing completed ballots

# # #

**Please Note:** For U.S. Postal Service media resources, including broadcast-quality video and audio and photo stills, visit the USPS Newsroom. Follow us on Twitter, Instagram, Pinterest, and LinkedIn. Subscribe to the USPS YouTube channel, like us on Facebook and enjoy our Postal Posts blog. For more information about the Postal Service, visit usps.com and facts.usps.com