**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

| | | |
|---|---|---|
| 1199SEIU UNITED HEALTHCARE WORKERS EAST, | ) ) ) | |
| Plaintiff, | ) ) ) | No. 1:20-cv-24069-RNS |
| v. | ) ) | |
| LOUIS DEJOY, Postmaster General and Chief Executive Officer of the United States Postal Service; and the UNITED STATES POSTAL SERVICE, | ) ) ) ) ) ) | |
| Defendants. | ) | |

# PLAINTIFF'S EXHIBIT 37

All Clear Reports for Plant Facilities in Coastal Southeast
Division for Week of Oct. 17, 2020 to Oct. 23, 2020,
*as provided by Defendants to Plaintiff's counsel Oct. 31, 2020.*

**PLAINTIFF'S STATUS REPORT
November 2, 2020**

**Certificate Name:** "Plant All Clear Political/Election/Yard Mail Certification"
**Organization Level:** "EASTERN | COASTAL SOUTHEAST | All ZIP Codes"

Processing Operations Summary Report
10/17/2020 to 10/23/2020

Export to Excel | Print | Show 15 entries | Search:

| Region | Division | ZIP Code | Plant Name | Total Count | No Response | Incomplete | Non-Compliant | Certified | % Certified |
|--------|----------|----------|------------|-------------|-------------|------------|---------------|-----------|-------------|
| EASTERN | Coastal Southeast | 00936 | San Juan Pd/C | 7 | 0 | 0 | 2 | 5 | 71.43 |
| EASTERN | Coastal Southeast | 00962 | DMDU | 7 | 0 | 0 | 0 | 7 | 100.00 |
| EASTERN | Coastal Southeast | 00979 | San Juan Parcel Annex | 7 | 0 | 0 | 0 | 7 | 100.00 |
| EASTERN | Coastal Southeast | 30096 | North Metro | 7 | 0 | 0 | 1 | 6 | 85.71 |
| EASTERN | Coastal Southeast | 30304 | Atlanta | 7 | 0 | 0 | 0 | 7 | 100.00 |
| EASTERN | Coastal Southeast | 30320 | Peachtree | 7 | 0 | 0 | 0 | 7 | 100.00 |
| EASTERN | Coastal Southeast | 30369 | Atlanta NDC | 7 | 0 | 0 | 0 | 7 | 100.00 |
| EASTERN | Coastal Southeast | 30901 | Augusta P&DC | 7 | 0 | 0 | 0 | 7 | 100.00 |
| EASTERN | Coastal Southeast | 31204 | Holt Annex | 7 | 0 | 0 | 0 | 7 | 100.00 |
| EASTERN | Coastal Southeast | 31206 | South Macon Annex | 7 | 0 | 0 | 0 | 7 | 100.00 |
| EASTERN | Coastal Southeast | 31213 | Macon P&DC | 7 | 0 | 0 | 0 | 7 | 100.00 |
| EASTERN | Coastal Southeast | 32099 | Jacksonville NDC | 7 | 0 | 0 | 0 | 7 | 100.00 |
| EASTERN | Coastal Southeast | 32203 | Jacksonville | 7 | 0 | 0 | 3 | 4 | 57.14 |
| EASTERN | Coastal Southeast | 32216 | Jacksonville BMEU | 7 | 0 | 0 | 0 | 7 | 100.00 |
| EASTERN | Coastal Southeast | 32301 | Tallahassee P&DF | 7 | 0 | 0 | 0 | 7 | 100.00 |

**Certificate Name:** "Plant All Clear Political/Election/Yard Mail Certification"
**Organization Level:** "EASTERN | COASTAL SOUTHEAST | All ZIP Codes"

Processing Operations Summary Report
10/17/2020 to 10/23/2020

Export to Excel | Print | Show 15 entries | Search:

| Region | Division | ZIP Code | Plant Name | Total Count | No Response | Incomplete | Non-Compliant | Certified | % Certified |
|--------|----------|----------|------------|-------------|-------------|------------|---------------|-----------|-------------|
| EASTERN | Coastal Southeast | 32501 | Pensacola | 7 | 0 | 0 | 0 | 7 | 100.00 |
| EASTERN | Coastal Southeast | 32608 | Gainesville | 7 | 0 | 0 | 0 | 7 | 100.00 |
| EASTERN | Coastal Southeast | 32799 | Mid Florida BMEU | 7 | 0 | 0 | 0 | 7 | 100.00 |
| EASTERN | Coastal Southeast | 32799 | Mid Florida P&DC | 7 | 0 | 0 | 0 | 7 | 100.00 |
| EASTERN | Coastal Southeast | 32824 | Central Florida STC | 7 | 0 | 0 | 0 | 7 | 100.00 |
| EASTERN | Coastal Southeast | 32824 | Orlando L&DC | 7 | 0 | 0 | 3 | 4 | 57.14 |
| EASTERN | Coastal Southeast | 32862 | Orlando P&DC | 7 | 0 | 0 | 0 | 7 | 100.00 |
| EASTERN | Coastal Southeast | 33054 | Royal Palm | 7 | 0 | 0 | 0 | 7 | 100.00 |
| EASTERN | Coastal Southeast | 33112 | Isc | 7 | 0 | 0 | 0 | 7 | 100.00 |
| EASTERN | Coastal Southeast | 33152 | Miami | 7 | 0 | 0 | 0 | 7 | 100.00 |
| EASTERN | Coastal Southeast | 33416 | West Palm Beach P&DC | 7 | 0 | 0 | 0 | 7 | 100.00 |
| EASTERN | Coastal Southeast | 33605 | Ybor City P&DC | 7 | 0 | 0 | 0 | 7 | 100.00 |
| EASTERN | Coastal Southeast | 33630 | Tampa P&DC | 7 | 0 | 0 | 0 | 7 | 100.00 |
| EASTERN | Coastal Southeast | 33634 | Tampa BMEU | 7 | 0 | 0 | 0 | 7 | 100.00 |
| EASTERN | Coastal Southeast | 33805 | Lakeland BMEU | 7 | 0 | 0 | 0 | 7 | 100.00 |

**Certificate Name:** "Plant All Clear Political/Election/Yard Mail Certification"
**Organization Level:** EASTERN | COASTAL SOUTHEAST | All ZIP Codes

**Processing Operations Summary Report**
**10/17/2020 to 10/23/2020**

Export to Excel     Print     Show 15 entries                                   Search: 

| Region | Division | ZIP Code | Plant Name | Total Count | No Response | Incomplete | Non-Compliant | Certified | % Certified |
|--------|----------|----------|------------|-------------|-------------|------------|---------------|-----------|-------------|
| EASTERN | Coastal Southeast | 33913 | Fort Myers P&DC | 7 | 0 | 0 | 0 | 7 | 100.00 |
| EASTERN | Coastal Southeast | 34260 | Manasota | 7 | 0 | 0 | 0 | 7 | 100.00 |