# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| 1199SEIU UNITED HEALTHCARE WORKERS EAST, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LOUIS DEJOY, Postmaster General and Chief Executive Officer of the United States Postal Service; and the UNITED STATES POSTAL SERVICE, )<br>)<br>Defendants. ) | No. 1:20-cv-24069-RNS |

## PLAINTIFF'S PROPOSED ORDER

Upon consideration of Plaintiff's Emergency Motion for Preliminary Injunction, having considered the parties arguments and evidence, and having previously issued two non-final orders, the Court **orders** the following additional relief:

1. On November 2, 2020, and November 3, 2020, at 1:00pm E.T., USPS shall report to Plaintiff the prior day's "all clear" status, current as of 10:00am E.T. that morning, for each facility and processing center in Florida's Large Counties;[1]

2. By 2:00pm E.T. each day, USPS shall provide an explanation for any facility that fails to report or that reports non-compliance;

3. If USPS identifies any incoming ballots in its "all clear" processes in these facilities from the date of this order through Election Day, it shall make every effort to deliver those ballots by 7:00pm local time on Election Day as

---

[1] Consistent with this Court's Order of October 29, 2020 (ECF No. 52), the "Large Counties" are Miami-Dade, Broward, Palm Beach, Hillsborough, Pinellas, Orange, Duval, Brevard, Lee, and Seminole counties.

    required by Florida law, including by using Priority Mail Express and/or other extraordinary measures;

4. The Court shall schedule a status conference at _____p.m. on November 2, 2020 and November 3, 2020. The parties shall inform the Court beforehand if both parties agree that there is no need for such conference.

DONE AND ORDERED in Miami, Florida on November \_\_\_, 2020.

 

                                                                              Honorable Robert N. Scola Jr.
                                                                              United States District Judge