United States District Court
for the
Southern District of Florida

| | |
|---|---|
| 1199SEIU United Healthcare Workers East, Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 20-24069-Civ-Scola ) |
| Louis DeJoy, United States Postmaster General and United States Postal Service, Defendants. | ) ) ) |

**Third Non-Final Order on the Plaintiff's Emergency Motion for Preliminary Injunction**

Upon consideration of the Plaintiff's emergency motion for preliminary injunction, having considered the parties arguments and evidence, and having previously issued two non-final orders, the Court **orders** the following additional relief:

- On November 2, 2020, and November 3, 2020, at 1:00 p.m. (EST), the United States Postal Service shall report to the Plaintiff the prior day's "all clear" status, current as of 10:00 a.m. (EST) that morning, for each facility, including retail facilities and processing centers, in Florida's Large Counties, as defined in the Court's second non-final order (ECF No. 52);
- By 2:00 p.m. (EST) each day, the United States Postal Service shall provide an explanation for any facility that fails to report or that reports non-compliance; and
- If the United States Postal Service identifies any incoming ballots in its "all clear" processes in these facilities from the date of this order through November 3, 2020 ("Election Day"), it shall make every effort to deliver those ballots by 7:00 p.m. (EST) on Election Day as required by Florida law, including by using Priority Mail Express and/or other extraordinary measures.

This matter is set for a status conference on **November 2, 2020 at 5:30 p.m. (EST).** The status conference will be conducted via videoconference with all participants directed to dial-in 5 minutes prior to the start of the conference. Credentials are as follows: Join ZoomGov Meeting https://www.zoomgov.com/j/1611149457?pwd=ZVRrNzdybE5tRUsyUGYybnZVZ2pWUT09. Meeting ID: 161 114 9457. Passcode: 608715.

**Done and ordered** in Miami, Florida, on November 2, 2020.

                                                                             Robert N. Scola, Jr.
                                                             United States District Judge