## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| 1199SEIU UNITED HEALTHCARE WORKERS EAST, | ) ) No. 1:20-cv-24069-RNS |
| Plaintiff, | ) ) Hon. Robert N. Scola, Jr., ) District Judge |
| v. | ) ) Hon. Jonathan Goodman, |
| LOUIS DEJOY, Postmaster General and Chief Executive Officer of the United States Postal Service; and the UNITED STATES POSTAL SERVICE, | ) Magistrate Judge ) ) ) ) ) |
| Defendants. | ) |

# PLAINTIFF'S EXHIBIT 42
All clear reports for Suncoast Postal District delivery/retail facilities for the week ending October 31, 2020

**PLAINTIFF'S STATUS REPORT**

**NOVEMBER 2, 2020**

| Area | District | MPOO or ZIP | Facility Name | Total Count | No Response | Incomplete | Non-Compliant | Certified | % Certified |
|---|---|---|---|---|---|---|---|---|---|
| SOUTHERN | Suncoast | MPOO 1 | Carrollwood | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 1 | Commerce | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 1 | Ehrlich Road Branch | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 1 | Falkenburg | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 1 | Forest Hills | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 1 | Hilldale Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 1 | Interbay | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 1 | Macdill AFB | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 1 | New Tampa | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 1 | Northdale Carrier Annex | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 1 | Palm River Carrier Annex | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 1 | Peninsula | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 1 | Produce Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 1 | Sulphur Springs Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 1 | Tampa Carrier Annex | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 1 | Tampa Main Office - Retail Unit | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 1 | Temple Terrace | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 1 | Town N Country Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 1 | West Tampa Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 1 | Ybor City | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 2 | Alafaya Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 2 | Alafaya Retail | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 2 | Azalea Park Branch | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 2 | College Park Station | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 2 | Colonialtown Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 2 | Dixie Village Station | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 2 | Herndon Station | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 2 | Hiawassee Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 2 | Lee Vista | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 2 | Lockhart Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 2 | Mall Carrier Annex | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 2 | Orange Blossom Orlando | 7 | 0 | 0 | 0 | 7 | 100 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| SOUTHERN | Suncoast | MPOO 2 | Orlando Downtown Station | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 2 | Orlando Mowu | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 2 | Orlgore Str Carrier Annex | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 2 | Orlo Vista Branch | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 2 | Pine Castle Branch | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 2 | Pine Hills Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 2 | Sand Lake Branch | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 2 | South Creek Branch | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 2 | Union Park Branch | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 2 | Ventura Branch | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 3 | Apollo Annex | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 3 | Eau Gallie | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 3 | Indialantic | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 3 | Interchange Square Branch | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 3 | Melbourne Beach Branch | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 3 | Melbourne Main Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 3 | Palm Bay Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 3 | Palm Bay West | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 3 | Patrick a F B Branch | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 3 | Satellite Beach Branch | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 3 | Suntree Branch | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 3 | West Melbourne | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 4 | Coco River Branch | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 4 | East Naples Carrier Annex | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 4 | Golden Gate Branch | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 4 | Golden Gate Carrier Annex | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 4 | Naples Downtown | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 4 | Naples Main | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 5 | Cape Coral Central Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 5 | Cape Coral South Branch | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 5 | Ft Myers Downtown Station | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 5 | North Fort Myers | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 5 | Page Field Main Office | 7 | 0 | 0 | 0 | 7 | 100 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| SOUTHERN | Suncoast | MPOO 5 | Six Mile Cypress Annex | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 5 | Tice Branch | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 6 | Glenngarry Station | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 6 | Gulf Gate | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 6 | Sarasota Carrier Annex | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 6 | Sarasota Main Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 6 | South Gate Branch | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 7 | Crossroads Station | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 7 | Euclid Station | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 7 | Gateway Mall Station | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 7 | Gulfwinds | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 7 | Madeira Beach Branch | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 7 | Midtown | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 7 | Northside Postal Store | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 7 | Open Air Station | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 7 | Saint Pete Beach Branch | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 7 | Saint Petersburg Main | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 8 | Aviation Branch | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 8 | Brooksville Downtown Sta | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 8 | Brooksville Main Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 8 | Buena Ventura Lakes Br | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 8 | Celebration | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 8 | Citrus Ridge Station | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 8 | Daytona Beach Main | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 8 | Daytona Beach Shores | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 8 | Daytona Downtown Station | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 8 | Dixieland Station | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 8 | Downtown Lakeland | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 8 | Holly Hill Branch | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 8 | Kissimmee Carrier Annex | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 8 | Kissimmee Main Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 8 | Lakeland Main Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 8 | Oak Street Station | 7 | 0 | 0 | 0 | 7 | 100 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| SOUTHERN | Suncoast | MPOO 8 | Peninsula Station | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 8 | Plaza | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 8 | Poinciana | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 8 | South Daytona | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 8 | Southside Branch | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 8 | Spring Hill | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 8 | Vero Beach Downtown | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 8 | Vero Beach Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 8 | Vero Beach Station | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 9 | 57th Ave Branch | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 9 | Bay Pines Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 9 | Braden River Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 9 | Bradenton Carrier Annex | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 9 | Bradenton Main Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 9 | City Center Branch | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 9 | Clearwater Main Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 9 | Cleveland Station | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 9 | Countryside | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 9 | High Point | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 9 | Indian Rocks Beach | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 9 | Lakewood Ranch | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 9 | Largo Main Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 9 | Murdock Branch | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 9 | North Port Branch | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 9 | Palma Sola Branch | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 9 | Pinellas Park Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 9 | Port Charlotte Branch | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 9 | Port Charlotte Carrier Annex | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 9 | Punta Gorda Main Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 9 | Seminole Branch (Largo) | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 9 | Sunset Point Branch | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 9 | Venice Carrier Annex | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO 9 | Venice Main Post Office | 7 | 0 | 0 | 0 | 7 | 100 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| SOUTHERN | Suncoast | MPOO A | Aripeka Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO A | Bloomingdale | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO A | Brandon Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO A | Bushnell Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO A | Center Hill Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO A | Coleman Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO A | Crystal Beach Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO A | Crystal Springs Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO A | Dade City Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO A | Dunedin Main Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO A | Elfers Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO A | Embassy Crossing | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO A | Holiday Branch | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO A | Hudson Branch | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO A | Istachatta Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO A | Lacoochee Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO A | Lake Panasoffkee Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO A | Land O Lakes Carrier Annex | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO A | Land O Lakes Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO A | New Port Richey Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO A | Nobleton Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO A | Odessa Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO A | Oldsmar Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO A | Ozona Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO A | Palm Harbor Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO A | Port Richey Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO A | Safety Harbor Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO A | Saint Leo Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO A | San Antonio Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO A | Sumterville Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO A | Tarpon Springs Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO A | Thonotosassa Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO A | Trilby Post Office | 7 | 0 | 0 | 0 | 7 | 100 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| SOUTHERN | Suncoast | MPOO A | Trinity Carrier Anx | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO A | Webster Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO A | Zephyrhills Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO B | Alturas Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO B | Astatula Main Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO B | Auburndale Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO B | Avon Park Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO B | Babson Park Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO B | Bartow Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO B | Bowling Green Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO B | Bradley Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO B | Clermont Carrier Annex | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO B | Clermont Main Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO B | Clermont South Branch Postal Store | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO B | Davenport Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO B | Dover Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO B | Dundee Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO B | Durant Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO B | Eagle Lake Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO B | Eaton Park Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO B | Florence Villa Station | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO B | Fort Meade Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO B | Frostproof | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO B | Fruitland Park Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO B | Gotha Main Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO B | Groveland Main Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO B | Haines City Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO B | Haines Creek Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO B | Highland City Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO B | Homeland Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO B | Howey in the Hills | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO B | Intercession City Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO B | Kathleen Main Office | 7 | 0 | 0 | 0 | 7 | 100 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| SOUTHERN | Suncoast | MPOO B | Kenansville Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO B | Lake Alfred Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO B | Lake Hamilton Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO B | Lake Wales 1st Street Station | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO B | Lake Wales Main Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO B | Leesburg Main Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO B | Loughman Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO B | Lutz Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO B | Mango | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO B | Mascotte Main Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO B | Minneola | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO B | Montverde Main Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO B | Mulberry Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO B | Nichols Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO B | Oakland Main Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO B | Ocoee Carrier Annex | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO B | Ocoee Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO B | Okahumpka Main Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO B | Plant City Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO B | Polk City Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO B | Saint Cloud Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO B | Seffner Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO B | Sydney Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO B | VaLRico Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO B | Wauchula | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO B | Waverly Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO B | Wildwood Main Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO B | Windermere Main Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO B | Winter Garden Dtwn Sta | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO B | Winter Garden Main Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO B | Winter Haven Main Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO B | Yalaha Main Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO C | Allandale Branch | 7 | 0 | 0 | 0 | 7 | 100 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| SOUTHERN | Suncoast | MPOO C | Altoona Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO C | Apopka Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO C | Astor Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO C | Barberville Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO C | Bunnell Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO C | Candler Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO C | Cassadaga Main Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO C | Citra Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO C | Clarcona Main Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO C | Crescent City Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO C | De Leon Springs Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO C | Debary Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO C | Deland Carrier Annex | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO C | Deland Postal Store | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO C | East Lake Weir Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO C | East Palatka Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO C | Edgewater Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO C | Eustis Main Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO C | Flagler Beach | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO C | Florahome Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO C | Fort Mccoy Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO C | Georgetown Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO C | Grand Island Main Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO C | Grandin Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO C | Hastings Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO C | Hollister Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO C | Interlachen Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO C | La Plaza Grande New | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO C | Lady Lake Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO C | Lake Como Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO C | Lake Geneva Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO C | Lake Helen Main Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO C | Mount Dora Main Office | 7 | 0 | 0 | 0 | 7 | 100 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| SOUTHERN | Suncoast | MPOO C | New Smyrna Beach | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO C | Ocklawaha Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO C | Orange City Main Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO C | Orange Springs Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO C | Ormond Beach Main Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO C | Ormond Beachside Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO C | Paisley Main Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO C | Palatka Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO C | Palm Coast | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO C | Pierson Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO C | Plymouth Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO C | Pomona Park Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO C | Port Orange Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO C | Putnam Hall Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO C | San Mateo Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO C | Satsuma Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO C | Seville Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO C | Sorrento Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO C | Sparr Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO C | Tangerine Main Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO C | Tavares Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO C | The Villages Finance | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO C | Umatilla Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO C | Welaka Main Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO C | Wiersdale Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO C | Zellwood Main Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO D | Alva Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO D | Anna Maria Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO D | Arcadia Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO D | Balm Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO D | Boca Grande Post Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO D | Bokeelia Main Office | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO D | Bonita Bch Rd Station | 7 | 0 | 0 | 0 | 7 | 100 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| SOUTHERN | Suncoast | MPOO D | Bonita Springs | | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO D | Bradenton Beach | | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO D | Captiva Post Office | | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO D | Chokoloskee Post Office | | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO D | Cortez Post Office | | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO D | Ellenton Post Office | | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO D | Englewood Post Office | | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO D | Estero Main Office | | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO D | Everglades City | | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO D | Felda Post Office | | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO D | Fort Myers Bch Post Office | | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO D | Fort Ogden Post Office | | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO D | Gibsonton Post Office | | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO D | Goodland Post Office | | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO D | Immokalee Main Office | | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO D | Labelle Post Office | | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO D | Lake Jackson Branch | | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO D | Lake Placid | | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO D | Laurel Post Office | | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO D | Lehigh Acres Post Office | | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO D | Lithia | | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO D | Longboat Key Post Office | | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO D | Lorida Post Office | | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO D | Marco Post Office | | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO D | Myakka City | | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO D | Nocatee Post Office | | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO D | Nokomis | | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO D | Ochopee Post Office | | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO D | Ona Post Office | | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO D | Oneco Post Office | | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO D | Osprey Post Office | | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO D | Palmdale Post Office | | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO D | Palmetto | | 7 | 0 | 0 | 0 | 7 | 100 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| SOUTHERN | Suncoast | MPOO D | Parrish Post Office | | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO D | Pineland Post Office | | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO D | Placida Post Office | | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO D | Riverview Post Office | | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO D | Ruskin Carrier Annex | | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO D | Ruskin Main Office | | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO D | Saint James City | | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO D | Sanibel Post Office | | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO D | Sebring Post Office | | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO D | Sun City | | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO D | Sun City Center (Ruskin) | | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO D | Tallevast Post Office | | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO D | Terra Ceia Post Office | | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO D | Venus Post Office | | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO D | Wimauma Post Office | | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO D | Zolfo Springs Post Office | | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO E | Aloma Branch | | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO E | Aloma Carrier Annex Station | | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO E | Altamonte Springs Main Office | | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO E | Cape Canaveral Post Office | | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO E | Casselberry Main Office | | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO E | Christmas Main Office | | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO E | Cocoa Beach Main Office | | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO E | Cocoa Main Office | | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO E | Cocoa Post Office | | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO E | Cocoa Village | | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO E | Deltona Mo | | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO E | Deltona Pines | | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO E | Fellsmere Main Office | | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO E | Fern Park Branch | | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO E | Geneva | | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO E | Goldenrod Main Office | | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO E | Grant Main Office | | 7 | 0 | 0 | 0 | 7 | 100 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| SOUTHERN | Suncoast | MPOO E | Lake Mary Main Office | | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO E | Lake Monroe Post Office | | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO E | Longwood Main Office | | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO E | Maitland Main Office | | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO E | Malabar Main Office | | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO E | Merritt Island Post Office | | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO E | Mims Main Office | | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO E | Oak Hill Post Office | | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO E | Osteen Post Office | | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO E | Oviedo Post Office | | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO E | Oviedo Station | | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO E | Prairie Lake | | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO E | Rockledge Main Office | | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO E | Roseland Post Office | | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO E | Sanford Annex | | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO E | Sanford Main Office | | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO E | Scottsmoor Post Office | | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO E | Sebastian Main Office | | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO E | Sharpes Post Office | | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO E | Titusville Main Office | | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO E | Wabasso Main Office | | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO E | Wekiva Springs Branch | | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO E | Winter Park Main Office | | 7 | 0 | 0 | 0 | 7 | 100 |
| SOUTHERN | Suncoast | MPOO E | Winter Springs Branch | | 7 | 0 | 0 | 0 | 7 | 100 |