**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

| | | |
|---|---|---|
| 1199SEIU UNITED | ) | |
| HEALTHCARE WORKERS EAST, | ) | No. 1:20-cv-24069-RNS |
| | ) | |
| Plaintiff, | ) | Hon. Robert N. Scola, Jr., |
| | ) | District Judge |
| v. | ) | |
| | ) | Hon. Jonathan Goodman, |
| LOUIS DEJOY, Postmaster | ) | Magistrate Judge |
| General and Chief Executive | ) | |
| Officer of the United States Postal | ) | |
| Service; and the UNITED STATES | ) | |
| POSTAL SERVICE, | ) | |
| | ) | |
| Defendants. | ) | |

# PLAINTIFF'S EXHIBIT 44
All clear reports for Coastal Southeast Division
processing plants as certified at 10:00 a.m. on
November 1, 2020

**PLAINTIFF'S STATUS REPORT**

**NOVEMBER 2, 2020**

| Area | District | MPOO or ZIP | Facility Name | Total Count | No Response | Incomplete | Non-Compliant | Certified | % Certified |
|------|----------|-------------|---------------|-------------|-------------|------------|---------------|-----------|-------------|
| EASTERN | Coastal Southeast | 936 | San Juan Pd/C | 1 | 0 | 0 | 0 | 1 | 100 |
| EASTERN | Coastal Southeast | 962 | DMDU | 1 | 0 | 0 | 0 | 1 | 100 |
| EASTERN | Coastal Southeast | 979 | San Juan Parcel Annex | 1 | 0 | 0 | 0 | 1 | 100 |
| EASTERN | Coastal Southeast | 30096 | North Metro | 1 | 0 | 0 | 0 | 1 | 100 |
| EASTERN | Coastal Southeast | 30304 | Atlanta | 1 | 0 | 0 | 0 | 1 | 100 |
| EASTERN | Coastal Southeast | 30320 | Peachtree | 1 | 0 | 0 | 0 | 1 | 100 |
| EASTERN | Coastal Southeast | 30369 | Atlanta NDC | 1 | 0 | 0 | 0 | 1 | 100 |
| EASTERN | Coastal Southeast | 30901 | Augusta P&DC | 1 | 0 | 0 | 0 | 1 | 100 |
| EASTERN | Coastal Southeast | 31204 | Holt Annex | 1 | 0 | 0 | 0 | 1 | 100 |
| EASTERN | Coastal Southeast | 31206 | South Macon Annex | 1 | 0 | 0 | 0 | 1 | 100 |
| EASTERN | Coastal Southeast | 31213 | Macon P&DC | 1 | 0 | 0 | 0 | 1 | 100 |
| EASTERN | Coastal Southeast | 32099 | Jacksonville NDC | 1 | 0 | 0 | 0 | 1 | 100 |
| EASTERN | Coastal Southeast | 32203 | Jacksonville | 1 | 0 | 0 | 1 | 0 | 0 |
| EASTERN | Coastal Southeast | 32216 | Jacksonville BMEU | 1 | 0 | 0 | 0 | 1 | 100 |
| EASTERN | Coastal Southeast | 32301 | Tallahassee P&DF | 1 | 0 | 0 | 0 | 1 | 100 |
| EASTERN | Coastal Southeast | 32501 | Pensacola | 1 | 0 | 0 | 0 | 1 | 100 |
| EASTERN | Coastal Southeast | 32608 | Gainesville | 1 | 0 | 0 | 0 | 1 | 100 |
| EASTERN | Coastal Southeast | 32799 | Mid Florida BMEU | 1 | 0 | 0 | 0 | 1 | 100 |
| EASTERN | Coastal Southeast | 32799 | Mid Florida P&DC | 1 | 0 | 0 | 0 | 1 | 100 |
| EASTERN | Coastal Southeast | 32824 | Central Florida STC | 1 | 0 | 0 | 0 | 1 | 100 |
| EASTERN | Coastal Southeast | 32824 | Orlando L&DC | 1 | 0 | 0 | 1 | 0 | 0 |
| EASTERN | Coastal Southeast | 32862 | Orlando P&DC | 1 | 0 | 0 | 0 | 1 | 100 |
| EASTERN | Coastal Southeast | 33054 | Royal Palm | 1 | 0 | 0 | 0 | 1 | 100 |
| EASTERN | Coastal Southeast | 33112 | Isc | 1 | 0 | 0 | 0 | 1 | 100 |
| EASTERN | Coastal Southeast | 33152 | Miami | 1 | 1 | 0 | 0 | 0 | 0 |
| EASTERN | Coastal Southeast | 33416 | West Palm Beach P&DC | 1 | 0 | 0 | 0 | 1 | 100 |
| EASTERN | Coastal Southeast | 33605 | Ybor City P&DC | 1 | 0 | 0 | 0 | 1 | 100 |
| EASTERN | Coastal Southeast | 33630 | Tampa P&DC | 1 | 0 | 0 | 0 | 1 | 100 |
| EASTERN | Coastal Southeast | 33634 | Tampa BMEU | 1 | 0 | 0 | 0 | 1 | 100 |
| EASTERN | Coastal Southeast | 33805 | Lakeland BMEU | 1 | 0 | 0 | 0 | 1 | 100 |
| EASTERN | Coastal Southeast | 33913 | Fort Myers P&DC | 1 | 0 | 0 | 0 | 1 | 100 |
| EASTERN | Coastal Southeast | 34260 | Manasota | 1 | 0 | 0 | 0 | 1 | 100 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| EASTERN | Mid-Atlantic | 23150 | Richmond P&DC | 1 | 0 | 0 | 1 | 0 | 0 |
| EASTERN | Mid-Atlantic | 23501 | Norfolk P&DC | 1 | 0 | 0 | 0 | 1 | 100 |
| EASTERN | Mid-Atlantic | 24022 | Roanoke P&DC | 1 | 0 | 0 | 0 | 1 | 100 |
| EASTERN | Mid-Atlantic | 25309 | Charleston Plant | 1 | 0 | 0 | 0 | 1 | 100 |
| EASTERN | Mid-Atlantic | 27495 | Greensboro NDC | 1 | 0 | 0 | 0 | 1 | 100 |
| EASTERN | Mid-Atlantic | 27498 | Greensboro P&DC | 1 | 0 | 0 | 1 | 0 | 0 |
| EASTERN | Mid-Atlantic | 27676 | Raleigh P&DC | 1 | 0 | 0 | 0 | 1 | 100 |
| EASTERN | Mid-Atlantic | 27801 | Rocky Mount P&DC | 1 | 0 | 0 | 0 | 1 | 100 |
| EASTERN | Mid-Atlantic | 28214 | Mid-Carolina P&DC | 1 | 0 | 0 | 0 | 1 | 100 |
| EASTERN | Mid-Atlantic | 28228 | Networks Clt P&DC | 1 | 0 | 0 | 0 | 1 | 100 |
| EASTERN | Mid-Atlantic | 28301 | Fayetteville | 1 | 0 | 0 | 0 | 1 | 100 |
| EASTERN | Mid-Atlantic | 28312 | Fayetteville P&DC Network | 1 | 0 | 0 | 0 | 1 | 100 |
| EASTERN | Mid-Atlantic | 29292 | Columbia | 1 | 0 | 0 | 0 | 1 | 100 |
| EASTERN | Mid-Atlantic | 29418 | Charleston | 1 | 0 | 0 | 0 | 1 | 100 |
| EASTERN | Mid-Atlantic | 29607 | Greenville | 1 | 0 | 0 | 0 | 1 | 100 |
| EASTERN | Mid-Atlantic | 37227 | Music City Annex | 1 | 0 | 0 | 0 | 1 | 100 |
| EASTERN | Mid-Atlantic | 37229 | Nashville P&DC | 1 | 0 | 0 | 0 | 1 | 100 |
| EASTERN | Mid-Atlantic | 37421 | Chattanooga P&DC | 1 | 0 | 0 | 0 | 1 | 100 |
| EASTERN | Mid-Atlantic | 37601 | Johnson City P&DF | 1 | 0 | 0 | 0 | 1 | 100 |
| EASTERN | Mid-Atlantic | 37950 | Knoxville P&DC | 1 | 0 | 0 | 0 | 1 | 100 |
| EASTERN | Mid-Atlantic | 38101 | Memphis P&DC | 1 | 0 | 0 | 0 | 1 | 100 |
| EASTERN | Mid-Atlantic | 38118 | Jet Cove Annex | 1 | 0 | 0 | 0 | 1 | 100 |
| EASTERN | Mid-Atlantic | 38136 | Memphis NDC | 1 | 0 | 0 | 0 | 1 | 100 |
| EASTERN | Mid-Atlantic | 38301 | Jackson P&DF | 1 | 0 | 0 | 0 | 1 | 100 |
| EASTERN | Mid-Atlantic | 40221 | AMF-SDF | 1 | 0 | 0 | 0 | 1 | 100 |
| EASTERN | Mid-Atlantic | 40231 | Louisville | 1 | 0 | 0 | 0 | 1 | 100 |
| EASTERN | Mid-Atlantic | 40511 | Lexington | 1 | 0 | 0 | 0 | 1 | 100 |
| EASTERN | Mid-Atlantic | 42003 | Paducah | 1 | 0 | 0 | 0 | 1 | 100 |
| EASTERN | Mid-Atlantic | 47708 | Evansville Annex | 1 | 0 | 0 | 0 | 1 | 100 |
| EASTERN | Mid-Atlantic | 47711 | Evansville P&DF | 1 | 0 | 0 | 0 | 1 | 100 |
| WESTERN | Mid-South | 35203 | Birmingham AL P&DC | 1 | 0 | 0 | 0 | 1 | 100 |
| WESTERN | Mid-South | 35222 | Birmingham Annex B | 1 | 0 | 0 | 0 | 1 | 100 |
| WESTERN | Mid-South | 35813 | Huntsville P&DC/P&DF | 1 | 0 | 0 | 0 | 1 | 100 |

| WESTERN | Mid-South | 36119 | Montgomery P&DC/P&DF | 1 | 0 | 0 | 0 | 1 | 100 |
| WESTERN | Mid-South | 36602 | Mobile Annex | 1 | 0 | 0 | 0 | 1 | 100 |
| WESTERN | Mid-South | 36675 | Mobile P&DC/P&DF | 1 | 0 | 0 | 0 | 1 | 100 |
| WESTERN | Mid-South | 38901 | Grenada | 1 | 0 | 0 | 0 | 1 | 100 |
| WESTERN | Mid-South | 39201 | Jackson P&D Center | 1 | 0 | 0 | 0 | 1 | 100 |
| WESTERN | Mid-South | 39402 | Hattiesburg DDC | 1 | 0 | 0 | 0 | 1 | 100 |
| WESTERN | Mid-South | 39503 | Gulfport P&D Facility | 1 | 0 | 0 | 0 | 1 | 100 |
| WESTERN | Mid-South | 50318 | Des Moines P&DC | 1 | 0 | 0 | 0 | 1 | 100 |
| WESTERN | Mid-South | 50395 | Des Moines NDC | 1 | 0 | 0 | 0 | 1 | 100 |
| WESTERN | Mid-South | 50701 | Waterloo P&DC | 1 | 0 | 0 | 0 | 1 | 100 |
| WESTERN | Mid-South | 52401 | Cedar Rapids P&DC | 1 | 0 | 0 | 0 | 1 | 100 |
| WESTERN | Mid-South | 61264 | Quad Cities Plant | 1 | 0 | 0 | 0 | 1 | 100 |
| WESTERN | Mid-South | 61821 | Champaign | 1 | 0 | 0 | 0 | 1 | 100 |
| WESTERN | Mid-South | 62703 | Springfield | 1 | 0 | 0 | 0 | 1 | 100 |
| WESTERN | Mid-South | 63042 | Saint Louis NDC | 1 | 0 | 0 | 0 | 1 | 100 |
| WESTERN | Mid-South | 63042 | St Louis Metro Annex | 1 | 0 | 0 | 0 | 1 | 100 |
| WESTERN | Mid-South | 63155 | Saint Louis | 1 | 0 | 0 | 0 | 1 | 100 |
| WESTERN | Mid-South | 63701 | Cape Girardeau | 1 | 0 | 0 | 0 | 1 | 100 |
| WESTERN | Mid-South | 64121 | Kansas City | 1 | 0 | 0 | 0 | 1 | 100 |
| WESTERN | Mid-South | 65299 | Mid Missouri | 1 | 0 | 0 | 0 | 1 | 100 |
| WESTERN | Mid-South | 65801 | Springfield Mo | 1 | 0 | 0 | 0 | 1 | 100 |
| WESTERN | Mid-South | 66106 | Kansas City NDC | 1 | 0 | 0 | 0 | 1 | 100 |
| WESTERN | Mid-South | 70113 | New Orleans Mail Proc | 1 | 0 | 0 | 0 | 1 | 100 |
| WESTERN | Mid-South | 70501 | Lafayette Mail Proc | 1 | 0 | 0 | 0 | 1 | 100 |
| WESTERN | Mid-South | 70810 | Baton Rouge | 1 | 0 | 0 | 0 | 1 | 100 |
| WESTERN | Mid-South | 71102 | Shreveport Mail Proc | 1 | 0 | 0 | 0 | 1 | 100 |
| WESTERN | Mid-South | 71129 | Shreveport Peak Annex | 1 | 0 | 0 | 0 | 1 | 100 |
| WESTERN | Mid-South | 72206 | LR P&DC Annex | 1 | 0 | 0 | 0 | 1 | 100 |
| WESTERN | Mid-South | 72231 | LR P&DF | 1 | 0 | 0 | 0 | 1 | 100 |
| WESTERN | Mid-South | 72701 | NW Arkansas P&DC | 1 | 0 | 0 | 0 | 1 | 100 |