IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| 1199SEIU UNITED HEALTHCARE WORKERS EAST, | ) ) ) | No. 1:20-cv-24069-RNS |
| Plaintiff, | ) ) ) | Hon. Robert N. Scola, Jr., District Judge |
| v. | ) ) | |
| LOUIS DEJOY, Postmaster General and Chief Executive Officer of the United States Postal Service; and the UNITED STATES POSTAL SERVICE, | ) ) ) ) ) ) ) | Hon. Jonathan Goodman, Magistrate Judge |
| Defendants. | ) | |

# PLAINTIFF'S EXHIBIT 45
All clear reports for Coastal Southeast Division processing plants as certified at 10:00 a.m. on November 2, 2020

**PLAINTIFF'S STATUS REPORT**

**NOVEMBER 2, 2020**

| Area | District | MPOO or ZIP | Facility Name | Total Count | No Response | Incomplete | Non-Compliant | Certified | % Certified |
|---|---|---|---|---|---|---|---|---|---|
| EASTERN | Coastal Southeast | 936 | San Juan Pd/C | 1 | 0 | 0 | 0 | 1 | 100 |
| EASTERN | Coastal Southeast | 962 | DMDU | 1 | 0 | 0 | 0 | 1 | 100 |
| EASTERN | Coastal Southeast | 979 | San Juan Parcel Annex | 1 | 0 | 0 | 0 | 1 | 100 |
| EASTERN | Coastal Southeast | 30096 | North Metro | 1 | 0 | 0 | 0 | 1 | 100 |
| EASTERN | Coastal Southeast | 30304 | Atlanta | 1 | 0 | 0 | 0 | 1 | 100 |
| EASTERN | Coastal Southeast | 30320 | Peachtree | 1 | 0 | 0 | 0 | 1 | 100 |
| EASTERN | Coastal Southeast | 30369 | Atlanta NDC | 1 | 0 | 0 | 0 | 1 | 100 |
| EASTERN | Coastal Southeast | 30901 | Augusta P&DC | 1 | 0 | 0 | 0 | 1 | 100 |
| EASTERN | Coastal Southeast | 31204 | Holt Annex | 1 | 0 | 0 | 0 | 1 | 100 |
| EASTERN | Coastal Southeast | 31206 | South Macon Annex | 1 | 0 | 0 | 0 | 1 | 100 |
| EASTERN | Coastal Southeast | 31213 | Macon P&DC | 1 | 0 | 0 | 0 | 1 | 100 |
| EASTERN | Coastal Southeast | 32099 | Jacksonville NDC | 1 | 0 | 0 | 0 | 1 | 100 |
| EASTERN | Coastal Southeast | 32203 | Jacksonville | 1 | 0 | 0 | 0 | 1 | 100 |
| EASTERN | Coastal Southeast | 32216 | Jacksonville BMEU | 1 | 0 | 0 | 0 | 1 | 100 |
| EASTERN | Coastal Southeast | 32301 | Tallahassee P&DF | 1 | 0 | 0 | 0 | 1 | 100 |
| EASTERN | Coastal Southeast | 32501 | Pensacola | 1 | 0 | 0 | 0 | 1 | 100 |
| EASTERN | Coastal Southeast | 32608 | Gainesville | 1 | 0 | 0 | 0 | 1 | 100 |
| EASTERN | Coastal Southeast | 32799 | Mid Florida BMEU | 1 | 0 | 0 | 0 | 1 | 100 |
| EASTERN | Coastal Southeast | 32799 | Mid Florida P&DC | 1 | 0 | 0 | 0 | 1 | 100 |
| EASTERN | Coastal Southeast | 32824 | Central Florida STC | 1 | 0 | 0 | 0 | 1 | 100 |
| EASTERN | Coastal Southeast | 32824 | Orlando L&DC | 1 | 0 | 0 | 1 | 0 | 0 |
| EASTERN | Coastal Southeast | 32862 | Orlando P&DC | 1 | 0 | 0 | 0 | 1 | 100 |
| EASTERN | Coastal Southeast | 33054 | Royal Palm | 1 | 0 | 0 | 0 | 1 | 100 |
| EASTERN | Coastal Southeast | 33112 | Isc | 1 | 0 | 0 | 0 | 1 | 100 |
| EASTERN | Coastal Southeast | 33152 | Miami | 1 | 0 | 0 | 0 | 1 | 100 |
| EASTERN | Coastal Southeast | 33416 | West Palm Beach P&DC | 1 | 0 | 0 | 0 | 1 | 100 |
| EASTERN | Coastal Southeast | 33605 | Ybor City P&DC | 1 | 0 | 0 | 0 | 1 | 100 |
| EASTERN | Coastal Southeast | 33630 | Tampa P&DC | 1 | 0 | 0 | 0 | 1 | 100 |
| EASTERN | Coastal Southeast | 33634 | Tampa BMEU | 1 | 0 | 0 | 0 | 1 | 100 |
| EASTERN | Coastal Southeast | 33805 | Lakeland BMEU | 1 | 0 | 0 | 0 | 1 | 100 |
| EASTERN | Coastal Southeast | 33913 | Fort Myers P&DC | 1 | 0 | 0 | 0 | 1 | 100 |
| EASTERN | Coastal Southeast | 34260 | Manasota | 1 | 0 | 0 | 0 | 1 | 100 |