IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| 1199SEIU UNITED HEALTHCARE WORKERS EAST, | ) ) ) | |
| | ) | No. 1:20-cv-24069-RNS |
| Plaintiff, | ) ) | |
| | ) | Hon. Robert N. Scola, Jr., |
| v. | ) ) | District Judge |
| LOUIS DEJOY, Postmaster General and Chief Executive Officer of the United States Postal Service; and the UNITED STATES POSTAL SERVICE, | ) ) ) ) ) ) ) | Hon. Jonathan Goodman, Magistrate Judge |
| Defendants. | ) | |

**PLAINTIFF'S STATUS REPORT**

Plaintiff submits this status report in advance of the status conference scheduled for this morning, November 3, 2020, at 10:30am, in order to update the Court regarding the all clear reports provided by the Defendants to Plaintiff for USPS retail/delivery facilities, per the Court's Order of November 2, 2020 (ECF No. 63).

**I.  Update regarding USPS all clear data for retail facilities.**

In accordance with this Court's Fourth Non-Final Order, dated November 2, 2020 (ECF No. 63), Defendants provided Plaintiff with all-clear reports regarding Florida retail/delivery facilities before 9:00am ET this morning. Plaintiff is

1

attaching copies of these data, described presently, as exhibits to this status report to ensure the completeness of the record:[1]

- All clear reports for delivery/retail facilities in the South Florida Postal District as of the end of the day November 2, 2020. Attached hereto as **Exhibit 46**.

- All clear reports for delivery/retail facilities in the Suncoast Postal District as of the end of the day November 2, 2020. Attached hereto as **Exhibit 47**.

- All clear reports for delivery/retail facilities in the Gulf Atlantic Postal District as of the end of the day November 2, 2020. Attached hereto as **Exhibit 48**.

The all clear reports described above show one instance where a facility—the Downtown Boca Raton Post Office—reported less than full compliance as of the end of the day November 2, 2020. Defendants have provided the following explanation for that instance:

> The only facility that initially did not report an all-clear was Boca Raton, but submitted an incomplete survey.  We followed up this morning, and that facility has is now certified and complete.  All three Florida district/delivery units are now fully certified.

Plaintiffs are satisfied by this response.

## II.     Update regarding Princeton Post Office.

The Court's Fourth Non-Final Order directed that "By 9:00 a.m. on November 3, 2020, the Defendants shall provide the Plaintiff with a report certifying whether or not ballots remain in the backlogged mail at the Princeton Post Office." (ECF No.

---

[1] The data were provided to Plaintiff in native excel spreadsheet format, but are being filed as PDFs in compliance with CM/ECF requirements. The excel spreadsheets are available from counsel upon request.

63.) Plaintiff received that report from Defendants' counsel by email before 9:00am EF. Defendants' counsel state as follows:

> Postal Managers have completed searching all 180,000 pieces of delayed mail and no additional ballots were located Monday. The 62 ballots that were discovered over the past weekend were all immediately delivered to the BOE or the customers addressed, or returned to sender when delivery was not possible. No delayed ballots are on-hand in the Princeton Post Office this morning.

In light of Defendants' certification that no ballots remain in the backlog at the Princeton Post Office, Plaintiff seeks no further relief on this matter at this time.

\* \* \*

Plaintiff will be prepared to discuss all of these matters and any others that may come to its attention at the 10:30am status conference today, although the parties understand if the Court wishes to defer that status conference in light of the reporting above. In all events, Plaintiff would respectfully ask the Court to schedule a further status conference this afternoon, at 2pm ET or soon thereafter, in order to address any issues that may arise with respect to the all-clear reports from USPS's Florida processing plants, which Defendants are required to report to Plaintiff by 1pm ET, and to address any other issues that may arise before then.

RESPECTFULLY SUBMITTED,

**1199SEIU,** *et al.*

By: /s/ Jonathan Manes
One of Plaintiff's Attorneys

Jonathan Manes
RODERICK & SOLANGE MACARTHUR JUSTICE CENTER
160 E Grand Ave, 6th Fl
Chicago, IL  60611
Tel: 312-503-0012
Fax: 312-503-0891
jonathan.manes@law.northwestern.edu

David J. Bradford
Daniel J. Weiss
Ashley M. Schumacher
JENNER & BLOCK LLP
353 North Clark Street
Chicago, Illinois  60654-3456
Telephone:  (312) 222-9350
Fax:  (312) 527-0484
dbradford@jenner.com
dweiss@jenner.com
aschumacher@jenner.com

Nayiri Pilikyan
JENNER & BLOCK LLP
633 West 5th Street, Suite 3600
Los Angeles, California 90071-2054
Telephone:  (213) 239-5700
Fax:  (213) 239-5199
npilikyan@jenner.com

Jon Loevy
Gayle Horn
Anand Swaminathan
Steve Art
Julia Rickert
LOEVY & LOEVY
311 N. Aberdeen St.
Chicago, IL 60607
(312) 243-5900
steve@loevy.com

Igor Hernandez
CORNISH HERNANDEZ GONAZLEZ
2525 Ponce de Leon Blvd. Suite 300
Coral Gables, FL 33134

(305) 501-8021  Dated: November 3, 2020
lhernandez@chglawyers.com  Chicago, IL

5

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on October 27, 2020, a true and correct copy of the foregoing document and all attachments was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

Executed on November 3, 2020        /s/ Jonathan Manes
                       *One of Plaintiff's Attorneys*