IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| 1199SEIU UNITED HEALTHCARE WORKERS EAST, | No. 1:20-cv-24069-RNS |
| Plaintiff, | Hon. Robert N. Scola, Jr., District Judge |
| v. | |
| LOUIS DEJOY, Postmaster General and Chief Executive Officer of the United States Postal Service; and the UNITED STATES POSTAL SERVICE, | Hon. Jonathan Goodman, Magistrate Judge |
| Defendants. | |

# PLAINTIFF'S EXHIBIT 46

All clear reports for South Florida Postal District delivery/retail facilities as of the end of the day November 2, 2020

**PLAINTIFF'S STATUS REPORT**

**NOVEMBER 3, 2020**

| Area | District | MPOO or ZIP | Facility Name | Total Count | No Response | Incomplete | Non-Compliant | Certified | % Certified |
|---|---|---|---|---|---|---|---|---|---|
| SOUTHERN | South Florida | MPOO 1 | Belle Glade Main Office | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 1 | Big Pine Key Post Office | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 1 | Canal Point Main Office | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 1 | Carol City Branch | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 1 | Clewiston Post Office | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 1 | Dania Main Office | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 1 | Deerfield Beach Carrier Annex | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 1 | Deerfield Beach Post Office | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 1 | Flagler Station | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 1 | Golden Isles | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 1 | Hallandale Post Office | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 1 | Hobe Sound Post Office | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 1 | Hutchinson Beach Branch | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 1 | Indiantown Main Office | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 1 | Islamorada Post Office | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 1 | Jensen Beach Post Office | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 1 | Jupiter Main Office | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 1 | Key Colony Bch Post Office | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 1 | Key Largo Main Office | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 1 | Key West Main Office | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 1 | Lake Harbor Post Office | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 1 | Long Key Post Office | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 1 | Loxahatchee Main Office | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 1 | Marathon Post Office | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 1 | Marathon Shores Post Office | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 1 | Moore Haven Main Office | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 1 | Naval Air Station Unit 2 Post Office | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 1 | Okeechobee Main Office | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 1 | Opa Locka Main Office | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 1 | Pahokee Post Office | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 1 | Palm Bch Carrier Anx | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 1 | Palm Beach Post Office | 1 | 0 | 0 | 0 | 1 | 100 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| SOUTHERN | South Florida | MPOO 1 | Palm City Carrier Annex | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 1 | Palm City Main Office | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 1 | Port Salerno Post Office | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 1 | South Bay Main Office | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 1 | Stuart Annex Station | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 1 | Stuart Post Office | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 1 | Summerland Key | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 1 | Tavernier Post Office | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 1 | Tequesta Branch | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 1 | Village Station | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 1 | Worth Ave | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 2 | Allapattah Station | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 2 | Ave of the Americas - Int'L Mall | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 2 | Aventura Finance | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 2 | Blue Lagoon | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 2 | Brickell New | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 2 | Buena Vista Carrier Annex | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 2 | Buena Vista New | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 2 | Coconut Grove Station | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 2 | Coral Gables Branch | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 2 | Country Lakes Branch | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 2 | County Line Anx Branch | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 2 | Doral | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 2 | Dr Martin Luther King JR Post Office | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 2 | Father Felix Varela Branch | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 2 | Flagler Station | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 2 | General Mail Facility | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 2 | Goulds Branch | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 2 | Gratigny Branch | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 2 | Hibiscus Carrier Annex | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 2 | Jose Marti Post Office | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 2 | Kendall | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 2 | Kendall Carrier Annex | 1 | 0 | 0 | 0 | 1 | 100 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| SOUTHERN | South Florida | MPOO 2 | Key Biscayne Post Office | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 2 | Little River | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 2 | Ludlam Branch | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 2 | Metro New | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 2 | Miami Shores Post Office | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 2 | Miami Springs Branch | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 2 | Milam Annex | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 2 | Milam Dairy Branch | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 2 | Miracle Mile Postal Store | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 2 | Norland Post Office | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 2 | North Miami Beach Branch | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 2 | North Miami Branch | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 2 | Ojus Branch | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 2 | Olympia Heights Branch | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 2 | Perrine Branch | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 2 | Pinecrest | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 2 | Quail Heights | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 2 | Shenandoah Finance | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 2 | Snapper Creek Branch | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 2 | South Miami | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 2 | Sunny Isles | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 2 | Sunset Branch | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 2 | Tamiami | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 2 | Town & Country Postal Store | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 2 | Uleta Finance | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 2 | West Carrier Annex | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 2 | West Dade Post Office | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 3 | ALRidge Station | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 3 | Causeway | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 3 | Colee | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 3 | Coral Ridge Station | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 3 | Davie Branch | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 3 | Everglades Branch | 1 | 0 | 0 | 0 | 1 | 100 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| SOUTHERN | South Florida | MPOO 3 | Fort Lauderdale Main Post Office | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 3 | Ftl MO Carrier Anx | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 3 | Ftl-Tamarac Br | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 3 | Galt Ocean | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 3 | Gateway | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 3 | Inverarry Postal Store | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 3 | Lauderridge Carrier Annex | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 3 | MeLRose Vista | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 3 | Oakland Park Post Office | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 3 | Plantation Branch | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 3 | Sabal Palm | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 3 | Sawgrass | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 3 | Southside | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 3 | Sunrise Post Office | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 3 | Weston | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 3 | Westside New | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 4 | Atlantic Branch | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 4 | Coconut Creek Branch | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 4 | Coral Reef Postal Store | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 4 | Coral Springs Branch | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 4 | Lighthouse Point Post Office | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 4 | Margate Post Office | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 4 | Pompano Beach Main Office | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 4 | Tropical Reef Station | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 5 | Chapel Lakes | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 5 | Flamingo Postal Store | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 5 | Hillcrest Postal Store | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 5 | Hollywood Post Office | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 5 | Miramar | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 5 | Pembroke Pines Branch | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 5 | South Florida Main Office | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 5 | University Postal Store | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 5 | West Hollywood Hills | 1 | 0 | 0 | 0 | 1 | 100 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| SOUTHERN | South Florida | MPOO 6 | City Place Carrier Annex | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 6 | Downtown West Palm Beach | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 6 | Haverhill Branch | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 6 | Lake Park Branch | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 6 | North Palm Beach | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 6 | Northwood Branch | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 6 | Palm Beach Gardens Mall | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 6 | Palm Beach Gardens Post Office | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 6 | Palms Central Post Office | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 6 | Palms West Post Office | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 6 | Riviera Beach Branch | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 6 | Singer Island New | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 6 | Wellington Carrier Annex | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 6 | Wellington Post Office | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 6 | West Palm Bch Window Unit | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 6 | West Palm Beach | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 7 | Boca Raton Main Office | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 7 | Boca Rio Branch | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 7 | Boynton Beach Main Office | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 7 | Bright Post Office | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 7 | Carl Fisher Branch | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 7 | DeLRay Beach Post Office | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 7 | Downtown Boca Raton | 1 | 0 | 1 | 0 | 0 | 0 |
| SOUTHERN | South Florida | MPOO 7 | Downtown Boynton Beach | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 7 | El Mercado | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 7 | Florida City Branch | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 7 | Fort Pierce Post Office | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 7 | Greenacres Post Office | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 7 | Hialeah Annex Station | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 7 | Hialeah Lakes | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 7 | Hialeah Main Office | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 7 | Homestead Main Office | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 7 | Jog Road Station | 1 | 0 | 0 | 0 | 1 | 100 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| SOUTHERN | South Florida | MPOO 7 | Lake Worth Main Office | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 7 | Lantana Branch | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 7 | Lucerne Avenue Station | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 7 | Miami Beach | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 7 | Miami Gardens Branch | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 7 | Normandy Branch | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 7 | Ocean View | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 7 | Orange Avenue Station | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 7 | Palm Village Postal Store | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 7 | Palmetto Lakes Post Office | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 7 | Palmetto Park | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 7 | Palmetto Park Carrier Annex | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 7 | Port Saint Lucie | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 7 | Port Saint Lucie Post Office | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 7 | Princeton Branch | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 7 | Promenade Branch | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 7 | Surfside Post Office | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 7 | West Boca Carrier Annex | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 7 | West Boca Postal Store | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 7 | West DeLRay Beach Branch | 1 | 0 | 0 | 0 | 1 | 100 |
| SOUTHERN | South Florida | MPOO 7 | Woodlands Station | 1 | 0 | 0 | 0 | 1 | 100 |