# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| 1199SEIU UNITED HEALTHCARE WORKERS EAST, | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | )    No. 1:20-cv-24069-RNS <br> ) <br> ) |
| LOUIS DEJOY, Postmaster General and Chief Executive Officer of the United States Postal Service; and the UNITED STATES POSTAL SERVICE, | ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| Defendants. | ) |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff 1199SEIU United Healthcare Workers East hereby voluntarily dismisses this action against all Defendants pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and in accordance with the Court's Order to Show Cause dated November 10, 2020.  (ECF No. 68.)  The parties agree that each side will bear its own costs and fees.

                                        Respectfully submitted,

                                        /s/Jonathan Manes
                                        Jonathan Manes
                                        Roderick & Solange MacArthur Justice Center
                                        160 E Grand Ave, 6th Fl
                                        Chicago, IL  60611
                                        Tel: 312-503-0012
                                        Fax: 312-503-0891
                                        jonathan.manes@law.northwestern.edu

        David J. Bradford
        Daniel J. Weiss
        Ashley M. Schumacher
        JENNER & BLOCK LLP
        353 North Clark Street
        Chicago, Illinois  60654-3456
        Telephone:  (312) 222-9350
        Fax:  (312) 527-0484
        dbradford@jenner.com
        dweiss@jenner.com
        aschumacher@jenner.com

        Nayiri Pilikyan
        JENNER & BLOCK LLP
        633 West 5th Street, Suite 3600
        Los Angeles, California 90071-2054
        Telephone:  (213) 239-5700
        Fax:  (213) 239-5199
        npilikyan@jenner.com

        Jon Loevy
        Gayle Horn
        Anand Swaminathan
        Steve Art
        Julia Rickert
        LOEVY & LOEVY
        311 N. Aberdeen St.
        Chicago, IL 60607
        (312) 243-5900
        steve@loevy.com

        Igor Hernandez
        CORNISH HERNANDEZ GONAZLEZ
        2525 Ponce de Leon Blvd. Suite 300
        Coral Gables, FL 33134
        (305) 501-8021
        Ihernandez@chglawyers.com

        *Counsel for the Plaintiff*

Dated: November 12, 2020
     Chicago, IL