United States District Court
for the
Southern District of Florida

| | |
|---|---|
| 1199SEIU United Healthcare Workers East, Plaintiff, <br><br> v. <br><br> Louis DeJoy, United States Postmaster General and United States Postal Service, Defendants. | ) ) ) ) ) ) ) ) ) Civil Action No. 20-24069-Civ-Scola |

### **Order of Dismissal**

The Plaintiff has dismissed this case without prejudice consistent with Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Not. of Dismissal, ECF No. 69.) The Court directs the Clerk to **close** this case. All pending motions are denied as moot.

**Done and ordered** at Miami, Florida on November 13, 2020.

Robert N. Scola, Jr.
United States District Judge